# EXHIBIT B

Case 3:24-cv-08879-JSC   Document 1-2   Filed 12/09/24   Page 2 of 3

E-FILED IN OFFICE - NL
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**24-A-04939-3**
**8/29/2024 3:50 PM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| ASBURY AUTOMOTIVE GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 24-A-04939-3 |
| CDK GLOBAL, LLC, | ) ) |
| Defendant. | ) |

## ORDER FOR PRELIMINARY INJUNCTION

This matter comes before the Court on August 28, 2024, on a Motion for Preliminary Injunction (the "Motion") filed by Plaintiff Asbury Automotive Group ("Asbury") in the above-styled case. The Plaintiff appeared with Counsel and Defendant appeared with Counsel. The Court, having reviewed the documents filed in support of and in opposition to this Motion, and also having heard the arguments of counsel for both parties, along with testimony from witnesses, and for good cause appearing therefore:

**IT IS HEREBY ORDERED** that Asbury's Motion is **GRANTED in the following particulars:** In regard to Asbury's Nalley Toyota Roswell, Nalley Lexus Roswell, Nalley Lexus Smyrna/Galleria, and Nalley Honda Union City dealerships (the "Four Dealerships"), Defendant CDK Global ("CDK") is directed to fully cooperate and work in good faith with Asbury to transfer Asbury's Client Data for the Four Dealerships to Tekion Corp. ("Tekion"). CDK shall provide Asbury's Client Data for the Four Dealerships to Tekion as follows: (i) CDK shall provide a first pull/transfer of Client Data for the Four Dealerships within seven (7) days following Asbury's submission to CDK of an updated CDK FTP Request Form (the "Form"), which Asbury shall provide to CDK within three (3) days of the date of this Order; and (ii) CDK shall provide a second

1

2

pull/transfer of Client Data for the Four Dealerships as indicated by Asbury on the Form, as soon as possible, but no later than September 20, 2024.

SO ORDERED this 29th day of August 2024.

_____
Judge Robert D. Walker, Jr.
Superior Court of Gwinnett County
By Designation

**Copies to All Parties and their Attorneys of Record**

2