# EXHIBIT C

         



**Holden Scott**
Executive Manager at Regal Nissan
+ Follow

View full profile

**Holden Scott** • 3rd+    + Follow  •••
Executive Manager at Regal Nissan
1mo • 🌐

🚨 Seeking Help from My Network to Overcome a DMS Transition Challenge 🚨

Hello, LinkedIn network!

I'm reaching out because we're facing a challenge at Regal Nissan and need your support. We are transitioning our DMS from CDK to Tekion, which was initially scheduled for the last week of July. Unfortunately, the recent CDK security breach delayed our data transfer.

Tekion has rescheduled us for the first week of September, but CDK plans to cut off our access at the end of August. This would leave us with a gap in our DMS coverage, which we cannot afford.

We're willing to pay the monthly fee for an extension, but CDK has not yet agreed. We're looking to resolve this amicably, as the delay was beyond our control.

If anyone in my network has connections at CDK or advice on who to contact to facilitate this extension, your assistance would be invaluable. We're committed to making this transition smoothly and efficiently, and any help would be greatly appreciated.

Thank you for your support and understanding. Please reach out directly if you have any insights or connections that might help.

#Networking #BusinessContinuity #DMS #CDKGlobal #Tekion #DataTransfer #Teamwork
CDK Global
Tekion Corp



👍❤️💡 100          34 comments • 12 reposts

**Reactions**

        +92