VINEET BHATIA (*admitted pro hac vice*)
vbhatia@susmangodfrey.com
SHAWN RAYMOND (*admitted pro hac vice*)
sraymond@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

JESSE-JUSTIN CUEVAS (SBN 307611)
jcuevas@susmangodfrey.com
MADELINE YZURDIAGA (SBN 344676)
myzurdiaga@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Defendant CDK Global, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEKION CORP., a Delaware corporation | Case No. 3:24-cv-08879-JSC |
| Plaintiff, | |
| vs. | **DECLARATION OF VINEET BHATIA IN SUPPORT OF DEFENDANT CDK GLOBAL, LLC'S MOTION TO DISMISS** |
| CDK GLOBAL, LLC, a Delaware limited liability company | |
| Defendant. | Date        April 24, 2025<br>TIME:      10:00 a.m.<br>PLACE:   San Francisco Courthouse, Courtroom 8 – 19th Floor<br>450 Golden Gate Avenue, San Francisco, CA 94102 |

I, Vineet Bhatia, declare as follows:

1.    I am a partner with the law firm of Susman Godfrey L.L.P., which represents CDK Global, LLC ("CDK") in this matter. I am admitted to practice *pro hac vice* in this matter. I make this declaration in support of CDK's Motion to Dismiss. I have personal, first-hand knowledge of the matters below and, if called to testify as a witness, I could and would testify competently to them.

2.    Attached as **Exhibit 1** is a true and correct copy of the print article "Tekion's sights set on growth milestones," authored by Mark Hollmer and published in *Automotive News* on April 15, 2024.

3.    Attached as **Exhibit 2** is a true and correct excerpt of Plaintiff Tekion Corp.'s U.S. Master Subscription Agreement ("MSA"), effective September 26, 2024, which is available online from Tekion's website, https://tekion.com/legal/agreements/us-arc-msa.

4.    Attached as **Exhibit 3** is a true and correct copy of the transcript of Asbury Automotive Group, Inc.'s January 30, 2025, Q4 2024 Earnings Call, which is available online at https://seekingalpha.com/article/4753599-asbury-automotive-group-inc-abg-q4-2024-earnings-call-transcript.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 10th day of February, 2025 at Houston, Texas.

*/s/ Vineet Bhatia*_____
Vineet Bhatia

Declaration of Vineet Bhatia In Support of Defendant's Motion to Dismiss
Case No.: 3:24-cv-08879-JSC