**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEKION CORP., a Delaware corporation<br><br>   Plaintiff,<br><br>vs.<br><br>CDK GLOBAL, LLC, a Delaware limited liability company<br><br>   Defendant. | Case No. 3:24-cv-08879-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CDK GLOBAL, LLC'S MOTION TO DISMISS**<br><br>Date        April 24, 2025<br>TIME:      10:00 AM<br>PLACE:    San Francisco Courthouse, Courtroom 8 – 19th Floor<br>450 Golden Gate Avenue, San Francisco, CA 94102 |

On April 24, 2025, this Court heard Defendant's CDK Global, LLC's ("Defendant") Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion"). Having considered the Motion, all papers in support of and opposition to the Motion, the pleadings on file, and the parties' arguments at the hearing, the Court finds that the Motion should be granted.

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's claims arising under the Sherman Act, 15 U.S.C. § 2, are **DISMISSED WITH PREJUDICE**, and the remaining claims are **DISMISSED WITHOUT PREJUDICE**.

Date: _____, 2025

_____
Hon. Jacqueline S. Corley
United States District Judge