TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

ERICA R. SUTTER (CSB No. 309182)
esutter@fenwick.com
ADAM GAHTAN (admitted *pro hac vice*)
agahtan@fenwick.com
CORTNAY-BETH CYMROT (admitted *pro hac vice*)
ccymrot@fenwick.com
FENWICK & WEST LLP
902 Broadway, Floor 18
New York, NY 10010-6035
Telephone:   212.430.2600

Attorneys for Defendant TEKION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEKION CORP.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDK GLOBAL, LLC,<br><br>　　　　Defendant. | Case No.: 3:24-cv-08879-JSC |
| CDK GLOBAL, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TEKION CORP. and INDESIGN DATA, LLC,<br><br>　　　　Defendants. | Case No.: 3:25-cv-01394-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND CONTINUING HEARINGS**<br><br>Judge: Honorable Jacqueline Scott Corley |

Pursuant to Civil Local Rule 6-2, Tekion Corp., CDK Global, LLC, and InDesign Data, LLC (collectively, the "Parties"), by and through their undersigned attorneys, hereby stipulate as follows and respectfully request that the Court issue a scheduling order adjusting the briefing schedule on CDK's Motion for Preliminary Injunction in *CDK Global, LLC v. Tekion Corp. and InDesign Data, LLC*, Case No. 25-01394-JSC (*CDK v. Tekion and InDesign*), and continuing the hearings in *Tekion Corp. v. CDK Global, LLC*, Case No. 24-08879-JSC (*Tekion v. CDK*) and *CDK v. Tekion and InDesign* as described below:

WHEREAS, Tekion filed its complaint in *Tekion v. CDK* on December 9, 2024 in the United States District Court for the Northern District of California.

WHEREAS, CDK filed its complaint in *CDK v. Tekion and InDesign* on February 10, 2025, also in the United States District Court for the Northern District of California.

WHEREAS, on February 10, 2025, CDK filed a Motion to Dismiss in *Tekion v. CDK*, which is currently set for hearing on April 24, 2025 (*Tekion v. CDK*, Dkt. 23).

WHEREAS, on February 18, 2025, the Court entered an order relating the two aforementioned cases (*Tekion v. CDK*, Dkt. 27; *CDK v. Tekion and InDesign*, Dkt. 27).

WHEREAS, on February 21, 2025, the Court scheduled the hearing on Tekion's and InDesign's anticipated motion to dismiss for June 26, 2025 (*CDK v. Tekion and InDesign*, Dkt. 28).

WHEREAS, on March 13, 2025, CDK filed a Motion for Preliminary Injunction in *CDK v. Tekion and InDesign*, which is currently set for hearing on April 24, 2025 (*CDK v. Tekion and InDesign*, Dkt. 45).

WHEREAS, under Civil Local Rule 7-3, Tekion's and InDesign's deadline to respond to CDK's Motion for Preliminary Injunction is currently March 27, 2025, and CDK's reply is due April 3, 2025.

WHEREAS, CDK's Motion for Preliminary Injunction relies on declarations from six witnesses.

WHEREAS, Tekion seeks to depose these witnesses to respond to CDK's Motion for Preliminary Injunction.

WHEREAS, CDK also seeks to depose witnesses that Tekion relies upon in response to

CDK's Motion for Preliminary Injunction.

WHEREAS, the current briefing schedule does not allow Tekion and CDK enough time for depositions of witnesses for purposes of preparing briefing with respect to the Motion for Preliminary Injunction.[1]

WHEREAS, the Parties have agreed to an updated briefing schedule in which Tekion and InDesign will file any opposition to CDK's Motion for Preliminary Injunction by May 1, 2025, CDK will file its reply brief by May 29, 2025, and the Court will hear arguments on the Motion for Preliminary Injunction on June 26, 2025.

WHEREAS, the Parties have further agreed that the Court should hear arguments on CDK's Motion to Dismiss in *Tekion v. CDK* on June 26, 2025, without any other changes to the deadlines related to the Motion to Dismiss.

WHEREAS, the Parties have also agreed that the Court should continue the Initial Case Management Conferences in both *Tekion v. CDK* and *CDK v. Tekion and InDesign*, currently set for April 24, 2025, to June 26, 2025 as well, for purposes of judicial efficiency.

WHEREAS, pursuant to Local Rule 6-2(a)(2), the only previous time modification in *Tekion v. CDK* was to extend CDK's time to answer or otherwise respond to Tekion's complaint from January 6, 2025 to February 10, 2025 (*Tekion v. CDK*, Dkt. 20). Declaration of Armen Nercessian in Support of the Joint Stipulation and [Proposed] Order Extending Preliminary Injunction Briefing Schedule and Continuing Hearings ("Nercessian Decl.") ¶ 5.

WHEREAS, pursuant to Local Rule 6-2(a)(2), the only previous time modification in *CDK v. Tekion and InDesign* was to extend Tekion's and InDesign's deadlines to answer or otherwise respond to CDK's complaint in the CDK Action by stipulation from March 6, 2025, and March 7, 2025, respectively, to April 9, 2025. *CDK v. Tekion and InDesign*, Dkts. 27 (Tekion), 40 (InDesign). Nercessian Decl. ¶ 6.

---

[1] InDesign intends to move for summary dismissal of CDK's motion for a preliminary injunction as to InDesign. Subject to the resolution of that motion, InDesign joins with CDK and Tekion in stipulating to this briefing schedule and the requested June 26 hearing date (if necessary as to InDesign). To the extent CDK and Tekion are seeking the Court's approval to conduct a large number of pre-hearing depositions, InDesign objects to those depositions as unnecessary and burdensome.

WHEREAS, pursuant to Local Rule 6-2(a)(3), the events or deadlines that would change under this new briefing schedule are the deadlines for Tekion's and InDesign's respective oppositions, and for CDK's reply, as to the Motion for Preliminary Injunction in *CDK v. Tekion and InDesign*; and the hearing dates on the Motion for Preliminary Injunction in *CDK v. Tekion and InDesign*, the Motion to Dismiss in *Tekion v. CDK*, and the Initial Case Management Conferences in both cases, all of which are currently set for April 24, 2025. Nercessian Decl. ¶ 7.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

- Tekion's and InDesign's deadline to file their respective oppositions to CDK's Motion for Preliminary Injunction in *CDK v. Tekion and InDesign* is now May 1, 2025.
- CDK will file any reply brief as to its Motion for Preliminary Injunction by May 29, 2025.
- The Court will continue the hearings on the following matters from April 24, 2025 to June 26, 2025:
    - CDK's Motion to Dismiss in *Tekion v. CDK*;
    - The Initial Case Management Conference in *Tekion v. CDK*;
    - CDK's Motion for Preliminary Injunction in *CDK v. Tekion and InDesign*; and
    - The Initial Case Management Conference in *CDK v. Tekion and InDesign*.
- The Rule 26(f) conferences in *Tekion v. CDK* and *CDK v. Tekion and InDesign* will occur no later than 21 days before the Initial Case Management Conference in each matter, and the Parties will file their Joint Case Management Statements no later than 7 days before the Initial Case Management Conference in each matter. All other operative dates and deadlines set by the Court remain in effect.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____       _____

UNITED STATES DISTRICT JUDGE
JACQUELINE SCOTT CORLEY

Dated: March 21, 2025　　　　　　　　FENWICK & WEST LLP

By: __/s/ Armen N. Nercessian__

　　Tyler G. Newby (CSB No. 205790)
　　tnewby@fenwick.com
　　Armen N. Nercessian (CSB No. 284906)
　　anercessian@fenwick.com
　　FENWICK & WEST LLP
　　801 California Street
　　Mountain View, CA 94041
　　Telephone: 650.988.8500
　　Facsimile: 650.938.5200

　　Erica R. Sutter (CSB No. 309182)
　　esutter@fenwick.com
　　Adam Gahtan (admitted *pro hac vice*)
　　agahtan@fenwick.com
　　Cortnay-Beth Cymrot (admitted *pro hac vice*)
　　ccymrot@fenwick.com
　　FENWICK & WEST LLP
　　902 Broadway, Floor 18
　　New York, NY 10010-6035
　　Telephone: 212.430.2600

　　Attorneys for Defendant TEKION CORP.

Dated: March 21, 2025　　　　　　　　SUSMAN GODFREY L.L.P.

By: __/s/ Vineet Bhatia__

　　VINEET BHATIA (*Admitted Pro Hac Vice*)
　　vbhatia@susmangodfrey.com
　　SHAWN RAYMOND (*Admitted Pro Hac Vice*)
　　sraymond@susmangodfrey.com
　　ROBERT SAFI (*Admitted Pro Hac Vice*)
　　rsafi@susmangodfrey.com
　　KATHERINE ROSE JAMES (*Admitted Pro Hac Vice*)
　　rjames@susmangodfrey.com
　　SUSMAN GODFREY L.L.P.
　　1000 Louisiana Street
　　Suite 5100
　　Houston, TX 77002
　　Telephone: (713) 651-9366
　　Facsimile: (713) 654-6666

FENWICK & WEST LLP
ATTORNEYS AT LAW

|   |   |
|---|---|
| 1 | JESSE-JUSTIN CUEVAS (SBN 307611) |
| 2 | jcuevas@susmangodfrey.com<br>myzurdiaga@susmangodfrey.com |
| 3 | SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars |
| 4 | Suite 1400<br>Los Angeles, CA 90067 |
| 5 | Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150 |

JESSE-JUSTIN CUEVAS (SBN 307611)
jcuevas@susmangodfrey.com
myzurdiaga@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

AMY B. GREGORY (*Admitted Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West
50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
agregory@susmangodfrey.com

RACHEL L. SCHALLER (*Admitted Pro Hac Vice*)
rachel.schaller@blankrome.com
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Telephone: (312) 776-2600
Facsimile: (312) 776-2601

Attorneys for CDK Global, LLC

Dated:   March 21, 2025          WINSTON & STRAWN L.L.P.

By:   */s/ Joshua Hafenbrack*

Joshua Hafenbrack (*pro hac vice*)
jhafenbrack@winston.com
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5017
Fax: (202) 282-5100

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for InDesign Data, LLC

**Local Rule 5(i)(3) Attestation**

I attest that each of the other signatories of this document have concurred in the filing of the document.

Dated: March 21, 2025　　　　　　　　FENWICK & WEST LLP

　　　　　　　　　　　　　　　　　　By: _/s/ Armen N. Nercessian_
　　　　　　　　　　　　　　　　　　　　　Armen N. Nercessian