VINEET BHATIA (*admitted pro hac vice*)
vbhatia@susmangodfrey.com
SHAWN RAYMOND (*admitted pro hac vice*)
sraymond@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

JESSE-JUSTIN CUEVAS (SBN 307611)
jcuevas@susmangodfrey.com
MADELINE YZURDIAGA (SBN 344676)
myzurdiaga@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Defendant CDK Global, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEKION CORP., a Delaware corporation<br><br>    Plaintiff,<br><br>vs.<br><br>CDK GLOBAL, LLC, a Delaware limited liability company<br><br>    Defendant. | Case No. 3:24-cv-08879-JSC<br><br>**DEFENDANT CDK GLOBAL, LLC'S STATEMENT OF RECENT DECISION** |

Pursuant to the Northern District of California Local Rule 7-3(d)(2) and the Court's directive in the attached order, Defendant CDK Global, LLC ("CDK") respectfully submits this Statement of Recent Decision to provide this Court with a copy of the Order Holding Counsel for Tekion Corp. in Contempt of Court ("Order") entered by the Superior Court of Gwinnett County in *Asbury Automotive Group, Inc. v. CDK Global, LLC*, No. 24-A-04939-3. In the Order, the Court ordered Defendant CDK—as opposed to Plaintiff Tekion Corp.—to promptly provide a copy of the Order to the Court in this action. The Order is attached as Exhibit A.

Dated: May 29, 2025

**SUSMAN GODFREY L.L.P.**

By:   /s/ *Jesse-Justin Cuevas*

VINEET BHATIA (*admitted pro hac vice*)
SHAWN RAYMOND (*admitted pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com

JESSE-JUSTIN CUEVAS (SBN 307611)
MADELINE YZURDIAGA (SBN 344676)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
jcuevas@susmangodfrey.com
myzurdiaga@susmangodfrey.com

*Attorneys for Defendant CDK Global, LLC*