

## UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** June 26, 2025            **Time:** 2:13

**Judge:** Jacqueline Scott Corley

**Case Number:** 24-cv-08879-JSC      **Case Name:** Tekion Corp. v. CDK Global, LLC

**Case Number:** 25-cv-01394-JSC      **Case Name:** CDK Global, LLC v. Tekion Corp., et al.

**Attorneys for Tekion Corp:** Tyler Newby/Adam Gahtan/Armen Nercessian
**Attorneys for CDK:** Vineet Bhatia/Jesse-Justin Cuevas/Shawn Raymond/ Robert Safi/Amy Gregory
**Attorneys for InDesign**: Joshua Hafenbrack/Jade Baker/Sydney Hartman

**Deputy Clerk:** Ada Means            **Court Reporter:** April Brott

### PROCEEDINGS

1. CDK's Motion to Dismiss (ECF 23 in 24-cv-8879)
2. CDK's Motion for Preliminary Injunction (ECF 45 in 25-cv-1394)
3. InDesign Data, LLC's Motion to Dismiss (ECF 52 in 25-cv-1394)
4. Initial Case Management Conference

The motions were argued, submitted, and taken under submission. The cases are referred to private ADR. By July 17, 2025, the partes to submit a joint letter to identify their private mediator and date of mediation. The Court adopted the parties' schedule and will issue a Pretrial Order.

A further case management conference is scheduled for **September 10, 2025 at 2:00 p.m.** by a Zoom videoconference. Updated statement is due by September 3, 2025.