1  TYLER G. NEWBY (CSB No. 205790)
   tnewby@fenwick.com
2  ARMEN N. NERCESSIAN (CSB No. 284906)
   anercessian@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:     415.875.2300
5  Facsimile:     415.281.1350

6  ADAM GAHTAN (admitted *pro hac vice*)
   agahtan@fenwick.com
7  ERICA R. SUTTER (CSB No. 309182)
   esutter@fenwick.com
8  CORTNAY-BETH CYMROT (admitted *pro hac vice*)
   ccymrot@fenwick.com
9  FENWICK & WEST LLP
   902 Broadway, Floor 18
10 New York, NY  10010-6035
   Telephone:     212.430.2600

11
   Attorneys for TEKION CORP.
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                      SAN FRANCISCO DIVISION
15

16 TEKION CORP.,                              Case No.: 3:24-cv-08879-JSC

17              Plaintiff,

18      v.

19 CDK GLOBAL, LLC,

20              Defendant.

21 CDK GLOBAL, LLC,                           Case No.: 3:25-cv-01394-JSC

22              Plaintiff,                    **FURTHER JOINT CASE
                                              MANAGEMENT STATEMENT**
23      v.
                                              Date:        October 22, 2025
24 TEKION CORP. and INDESIGN DATA, LLC,       Time:        2:00 p.m.
                                              Court:       8, 19th Floor (via Zoom)
25              Defendants.                   Judge:       Hon. Jacqueline Scott Corley
                                              Trial Date:  July 12, 2027
26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

1   Pursuant to the Court's September 5, 2025, orders continuing the previously scheduled case

2   management conference and requesting an updated joint statement in both *Tekion Corp. v. CDK*

3   *Global, LLC*, No. 3:24-cv-08879-JSC ("*Tekion v. CDK*") (Dkt. 59) and in *CDK Global, LLC v.*

4   *Tekion Corp. & InDesign Data, LLC*, No. 3:25-cv-01394-JSC ("*CDK. v. Tekion & InDesign*") (Dkt.

5   101), the parties respectfully submit the following Further Joint Case Management Statement.

6   **I.    Settlement and ADR**

7   The parties participated in a mediation before the Honorable Vaughn Walker (Retired) on

8   Wednesday, August 27, 2025.  Dkt. 51 (*Tekion v. CDK*); Dkt. 88 (*CDK v. Tekion & InDesign*).

9   The parties were unable to resolve their claims at the mediation.  While Tekion and CDK continued

10  to engage in settlement talks following the mediation, *see* Dkt. 58 (*Tekion v. CDK*), Dkt. 100 (*CDK*

11  *v. Tekion & InDesign*), Tekion and CDK have not reached a settlement agreement.  Thus, all parties

12  are proceeding with discovery, and have exchanged (i) initial custodian lists, (ii) initial discovery

13  requests and (iii) initial responses and objections thereto.  The parties have also served third-party

14  discovery.

15  **II.    Scheduling**

16  The parties agree to adhere to the case schedule that the Court previously entered.  Dkt. 50

17  (*Tekion v. CDK*); Dkt. 87 (*CDK v. Tekion & InDesign*).  Pursuant to that schedule, the next deadline

18  in this case will be the close of fact discovery on April 27, 2026.

19

20  Dated:  October 15, 2025              FENWICK & WEST LLP

21

22                                         By:    */s/ Armen N. Nercessian*

23                                         Tyler G. Newby (CSB No. 205790)
                                           tnewby@fenwick.com
24                                         Armen N. Nercessian (CSB No. 284906)
                                           anercessian@fenwick.com
25                                         FENWICK & WEST LLP
                                           801 California Street
26                                         Mountain View, CA 94041
                                           Telephone:  (650) 988.8500
27                                         Facsimile:   (650) 938.5200

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

1     Adam Gahtan (admitted *pro hac vice*)
      agahtan@fenwick.com
2     ERICA R. SUTTER (CSB No. 309182)
      esutter@fenwick.com
3     Cortnay-Beth Cymrot (admitted *pro hac vice*)
      ccymrot@fenwick.com
4     FENWICK & WEST LLP
      902 Broadway, Floor 18
5     New York, NY 10010-6035
      Telephone:   212.430.2600
6
      Attorneys for TEKION CORP.
7

8     Dated: October 15, 2025          SUSMAN GODFREY L.L.P.

9
                                       By:   */s/ Jesse-Justin Cuevas*
10
                                       VINEET BHATIA (admitted *pro hac vice*)
11                                     vbhatia@susmangodfrey.com
                                       SHAWN RAYMOND (admitted *pro hac vice*)
12                                     sraymond@susmangodfrey.com
                                       ROBERT SAFI (admitted *pro hac vice*)
13                                     rsafi@susmangodfrey.com
                                       KATHERINE ROSE JAMES (admitted *pro hac vice*)
14                                     rjames@susmangodfrey.com
                                       SUSMAN GODFREY L.L.P.
15                                     1000 Louisiana Street, Suite 5100
                                       Houston, TX 77002
16                                     Telephone:   (713) 651-9366
                                       Facsimile:   (713) 654-6666
17
                                       JESSE-JUSTIN CUEVAS (SBN 307611)
18                                     jcuevas@susmangodfrey.com
                                       SUSMAN GODFREY L.L.P.
19                                     1900 Avenue of the Stars, Suite 1400
                                       Los Angeles, CA 90067
20                                     Telephone:   (310) 789-3100
                                       Facsimile:   (310) 789-3150
21
                                       AMY B. GREGORY (admitted *pro hac vice*)
22                                     agregory@susmangodfrey.com
                                       EVE LEVIN (admitted *pro hac vice*)
23                                     elevin@susmangodfrey.com
                                       SUSMAN GODFREY L.L.P.
24                                     One Manhattan West
                                       50th Floor
25                                     New York, NY 10001
                                       Telephone:   (212) 336-8330
26                                     Facsimile:   (212) 336-8340

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

FURTHER JOINT CASE              2              Case No.: 3:24-cv-08879-JSC
MANAGEMENT STATEMENT                           Case No.: 3:25-cv-01394-JSC

RACHEL L. SCHALLER (admitted *pro hac vice*)
rachel.schaller@blankrome.com
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, IL  60606
Telephone:   (312) 776-2600
Facsimile:    (312) 776-2601

Attorneys for CDK Global, LLC

Dated:  October 15, 2025

WINSTON & STRAWN LLLP


By:    */s/ Joshua Hafenbrack*

Joshua Hafenbrack (admitted *pro hac vice*)
jhafenbrack@winston.com
Benjamin Rudofsky (admitted *pro hac vice*)
brudofsky@winston.com
Jade Briana Baker (admitted *pro hac vice*)
jbbaker@winston.com
Sydney Hartman (admitted *pro hac vice*)
shartman@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036-3506
Telephone:   (202) 282-5017
Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA  94111
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

Bethany Ao (admitted *pro hac vice*)
bao@winston.com
WINSTON & STRAWN LLP
300 N. LaSalle Drive
Chicago, IL  60654
Telephone:   (312) 558-5600
Facsimile:    (312) 558-5700

Attorneys for INDESIGN DATA, LLC

FENWICK & WEST LLP
ATTORNEYS AT LAW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Local Rule 5(i)(3) Attestation**

I attest that each of the other signatories of this document have concurred in the filing of the document.

Dated:  October 15, 2025                              FENWICK & WEST LLP

By:  ___/s/ Armen N. Nercessian_____
          Armen N. Nercessian

FENWICK & WEST LLP
ATTORNEYS AT LAW