TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300

Attorneys for TEKION CORP.

*Additional counsel listed on signature page.*

Vineet Bhatia *(Admitted Pro Hac Vice)*
vbhatia@susmangodfrey.com
Shawn Raymond *(Admitted Pro Hac Vice*
sraymond@susmangodfrey.com
Katherine Rose James *(Admitted Pro Hac Vice)*
rjames@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for CDK GLOBAL, LLC

*Additional counsel listed on signature page.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

CDK GLOBAL, LLC,

Plaintiff,

v.

TEKION CORP. and INDESIGN DATA, LLC,

Defendants.

Case No.: 3:25-cv-01394-JSC

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING COORDINATION OF PRE-TRIAL PROCEEDINGS IN RELATED ACTIONS**

TEKION CORP.,

Plaintiff,

v.

CDK GLOBAL, LLC,

Defendant.

Related Case No.: 3:24-cv-08879-JSC

Tekion Corp., InDesign Data, LLC, and CDK Global, LLC (together, the "Parties") hereby agree and stipulate, and propose that the Court order, as follows:

**WHEREAS,** on December 9, 2024, Tekion filed a complaint against CDK, bringing claims for monopolization and attempted monopolization under the Sherman Act, interference with contract and prospective economic advantage, violations of California's Unfair Competition Law, and a declaratory judgment affirming the lawfulness of Tekion's technical assistance to dealers (*Tekion v. CDK*, No. 3:24-cv-08879-JSC ("*Tekion*" or the "*Tekion* Action"), Dkt. No. 1);

**WHEREAS,** on February 10, 2025, CDK filed a complaint against Tekion and InDesign Data, bringing claims under the Computer Fraud and Abuse Act, Digital Millennium Copyright Act, Defend Trade Secrets Act, and various state laws, which concern substantially the same underlying events as the *Tekion* Action (*CDK v. Tekion*, No. 3:25-cv-01394-JSC ("*CDK*" or the "*CDK* Action," and together with the *Tekion* Action, the "Related Actions"), Dkt. No. 1);

**WHEREAS,** InDesign has brought counterclaims against CDK for monopolization, tying, and exclusive dealing under the Sherman Act, as well as violations of California's Unfair Competition Law and tortious interference with business relations (*CDK*, Dkt. No. 89), which coincide with many of Tekion's allegations in the *Tekion* Action;

**WHEREAS,** on February 18, 2025, the Court related the two cases, recognizing that relation would promote efficiency and consistency, and reassigning the *CDK* Action to this Court (*Tekion*, Dkt. No. 27; *CDK*, Dkt. No. 19);

**WHEREAS,** at a June 26, 2025 hearing, the Court acknowledged that discovery in the Related Actions should proceed in parallel (*Tekion*, Dkt. No. 48 at 96:4-14);

**WHEREAS,** the Court has set identical case schedules for the Related Actions (*Tekion*, Dkt. No. 50; *CDK*, Dkt. No. 87);

**WHEREAS,** the Parties agree that further streamlining and coordination between the Related Actions is necessary to reduce inefficiencies and avoid duplication in pre-trial proceedings;

**WHEREAS,** it is hereby STIPULATED and AGREED, by and between the undersigned Parties, who respectfully request that the Court order as follows:

a. All discovery and pre-trial materials in the Related Actions, including discovery requests, responses, subpoenas, deposition notices, expert reports and materials, pre-trial motions, and related correspondence or materials, shall bear the case caption and index number of both actions, *Tekion v. CDK*, No. 3:24-cv-08879-JSC; *CDK v. Tekion et al.*, Case No. 3:25-cv-01394-JSC;

b. All discovery and pre-trial materials in the Related Actions, including document productions, written discovery responses, deposition testimony, and expert reports and materials, shall be deemed produced in each of the Related Actions. Nothing in this Stipulation waives a Party's rights to object to the introduction, use, or admissibility of documents, written discovery, deposition testimony, and expert reports and materials produced in the Related Actions at trial or in connection with any non-discovery motion, petition, or proceeding;

c. Each Party will propose a single set of search terms and a separate TAR Protocol for the Related Actions, if it chooses to use search terms or TAR in its production of documents, according to the relevant provisions of the ESI Orders (*Tekion*, Dkt. No. 54 ¶¶ 5–6; *CDK*, Dkt. No. 97 ¶¶ 5–6). The Requesting Party will have seven (7) days, or another deadline agreed upon by the Parties acting in good faith, to meet and confer on any search terms or TAR Protocol that is proposed in accordance with the ESI Order;

d. All discovery materials in each of the Related Actions shall be produced under a single set of Bates numbers for each party and subject to the Production Format and Deduplication and Threading provisions specified in the ESI Orders (*Tekion*, Dkt. No. 54 ¶¶ 11, 13, App'x 2; *CDK*, Dkt. No. 97 ¶¶ 11, 13, App'x 2);

e. Each Party may serve a single, consolidated privilege log, reflecting documents withheld on the basis of privilege or work-product protection in the Related

Actions subject to the procedures specified in the ESI Orders (*Tekion*, Dkt. No. 54 ¶ 14; *CDK*, Dkt. No. 97 ¶ 14);

f. Pursuant to Federal Rule of Civil Procedure 33(a)(1), InDesign and CDK may serve up to 25 interrogatories on each other in the Related Actions, with all interrogatories deemed served in both Related Actions. Tekion and CDK may serve up to 50 interrogatories total on each other in the Related Actions, with all interrogatories deemed served in both Related Actions. For the avoidance of doubt, this limit includes all interrogatories that any Party has previously served in either of the Related Actions;

g. Tekion and InDesign each may serve on CDK up to 25 requests for admission. CDK may serve on Tekion and InDesign each up to 25 requests for admission. Requests for authentication or to establish documents as business records shall not count against a party's requests for admissions limit;

h. The parties agree to limit the number of fact witness depositions of parties, including 30(b)(6) representatives and party employees and contractors as follows:

   i. Unless the parties otherwise agree, no single deposition shall last more than 7 hours on the record. The parties agree to negotiate in good faith agreement to a deposition up to 10 hours on the record if the party taking the deposition believes 7 hours is insufficient.

   ii. CDK shall be permitted 15 fact depositions upon oral examination of Tekion and InDesign, each, excluding depositions of third parties. InDesign and Tekion, collectively, shall be permitted 20 fact depositions upon oral examination of CDK, excluding depositions of third parties.

   iii. A Fed. R. Civ. P. 30(b)(6) notice shall count as a single deposition regardless of whether a party offers a witness providing testimony under Fed. R. Civ. P. 30(b)(1) and also designates that person to provide

testimony under Fed. R. Civ. P. 30(b)(6) as well, or if a party designates multiple witnesses to provide testimony under Fed. R. Civ. P. 30(b)(6).

  iv. A party designating a witness to provide testimony under Fed. R. Civ. P. 30(b)(6) shall provide the other side notice of the representative's name no less than 2 weeks prior to the witness's deposition. Such notice shall include an identification of the topic(s) for which that witness will be designated.

  v. Any witness who refuses to appear for a deposition shall not be allowed to testify at any proceeding, hearing, or trial.

  vi. Parties must make all witnesses who are identified to testify at any proceeding, hearing, or trial available for a deposition sufficiently in advance of the scheduled testimony. Nothing in Section i(vi) shall be construed to increase the number of fact depositions agreed to in Section i(ii).

i. The parties agree to conduct non-party fact witness depositions as follows:

  i. Counsel will consult with one another to coordinate, to the extent practicable, all scheduling and taking of depositions of non-parties. Counsel shall not unilaterally take steps to schedule a deposition without consulting in advance with counsel for the witness if counsel for the witness is known.

  ii. A party may serve a deposition subpoena on a third party without consulting any opposing party. If an opposing party informs the noticing party within 7 business days that the opposing party intends to cross-notice the third party's deposition, the parties shall coordinate with each other and with the witness (or counsel for the witness), where possible, on scheduling the deposition.

      iii.    For depositions of a non-party, the noticing side shall have 6 hours to examine and the other side shall have one hour to examine the witness. If the non-party's deposition is cross noticed, each side shall have 3.5 hours to depose the non-party. For avoidance of doubt, Tekion and InDesign, collectively, are one "side" and CDK is the other.

j.    The parties agree that all fact witness deposition testimony may be used in both Related Actions to the extent it is admissible;

k.    This Stipulation is intended to supersede any inconsistent provisions contained in any prior Case Management Statement or Stipulated Order Regarding Discovery of Electronically Stored Information filed in the Related Actions (*see, e.g.*, *Tekion*, Dkt. Nos. 42, 54; *CDK*, Dkt. Nos. 83, 97). Where any inconsistency or conflict exists, the terms of this Stipulation shall control.

| | |
|---|---|
| Dated:  January 26, 2026 | FENWICK & WEST LLP |
| | By:  *Erica R. Sutter* |
| | Tyler G. Newby (CSB No. 205790) |
| | tnewby@fenwick.com |
| | Armen N. Nercessian (CSB No. 284906) |
| | anercessian@fenwick.com |
| | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| | San Francisco, CA 94104 |
| | Telephone:     415.875.2300 |
| | |
| | Adam Gahtan (Admitted *Pro Hac Vice*) |
| | agahtan@fenwick.com |
| | Erica R. Sutter (CSB No. 309182) |
| | esutter@fenwick.com |
| | Cortnay-Beth Cymrot (Admitted *Pro Hac Vice*) |
| | ccymrot@fenwick.com |
| | FENWICK & WEST LLP |
| | 902 Broadway, Floor 18 |
| | New York, NY  10010-6035 |
| | Telephone:     212.430.2600 |
| | |
| | Janie Yoo-Scott (CSB No. 312715) |
| | jyooscott@fenwick.com |
| | Brittney Dimond (Admitted *Pro Hac Vice*) |
| | bdimond@fenwick.com |
| | FENWICK & WEST LLP |
| | 733 10th Street NW, Suite 400 |
| | Washington, DC  20001 |
| | Telephone:     202.970.3000 |
| | |
| | *Attorneys for TEKION CORP.* |
| | |
| | By:  *Joshua Hafenbrack* |
| | Joshua Hafenbrack (Admitted *pro hac vice*) |
| | jhafenbrack@winston.com |
| | Benjamin Rudofsky (Admitted *pro hac vice*) |
| | brudofsky@winston.com |
| | Jade Briana Baker (Admitted *pro hac vice*) |
| | jbbaker@winston.com |
| | Sydney Hartman (Admitted *pro hac vice*) |
| | shartman@winston.com |
| | Molly Rose Gibson (Admitted *pro hac vice*) |
| | MRGibson@winston.com |
| | WINSTON & STRAWN LLP |
| | 1901 L Street NW |
| | Washington, DC 20036-3506 |
| | Telephone: (202) 282-5017 |
| | Facsimile: (202) 282-5100 |

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for InDesign Data, LLC*

By: _____*Vineet Bhatia*_____
VINEET BHATIA (Admitted *Pro Hac Vice*)
vbhatia@susmangodfrey.com
SHAWN RAYMOND (Admitted *Pro Hac Vice*)
sraymond@susmangodfrey.com
KATHERINE JAMES (Admitted *Pro Hac Vice*)
rjames@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

JESSE-JUSTIN CUEVAS (SBN 307611)
jcuevas@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

AMY GREGORY (Admitted *Pro Hac Vice*)
agregory@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

RACHEL SCHALLER (Admitted *Pro Hac Vice*)
DANIEL SAEEDI (Admitted *Pro Hac Vice*)
rachel.schaller@blankrome.com
daniel.saeedi@blankrome.com
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, Illinois 60606
Telephone: (312) 776-2600
Facsimile: (312) 776-2601

*Attorneys for CDK Global, LLC*

| JOINT STIPULATION AND [PROPOSED] ORDER REGARDING COORDINATION OF PRE-TRIAL PROCEEDINGS IN RELATED ACTIONS | 7 | Case No.: 3:24-cv-08879-JSC<br>Case No.: 3:25-cv-01394-JSC |
|---|---|---|

## Local Rule 5(i)(3) Attestation

I attest that each of the other signatories of this document have concurred in the filing of the document.

Dated: January 26, 2026                    FENWICK & WEST LLP

                                           By:   /s/ Erica R. Sutter
                                                 Erica R. Sutter