TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:    415.875.2300
Facsimile:    415.281.1350

*Attorney for Tekion Corp.*

*Additional Counsel Listed on Signature Page*

JOSHUA HAFENBRACK (*pro hac vice*)
jhafenbrack@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036-3506
Telephone:    (202) 282-5017

*Attorney for InDesign Data, LLC*

*Additional Counsel Listed on Signature Page*

VINEET BHATIA (*pro hac vice*)
vbhatia@susmangodfrey.com
SHAWN RAYMOND (*pro hac vice*)
sraymond@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone:    713.651.9366
Facsimile:    713.654.6666

*Attorneys for CDK Global, LLC*

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TEKION CORP.,<br><br>               Plaintiff,<br><br>    v.<br><br>CDK GLOBAL, LLC,<br><br>               Defendant. | Case No.: 3:24-cv-08879-JSC |
| CDK GLOBAL, LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>TEKION CORP. and INDESIGN DATA, LLC,<br><br>               Defendants. | Case No.: 3:25-cv-01394-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES** |

FENWICK & WEST LLP

FENWICK & WEST LLP

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and Federal Rules of Civil Procedure 16(b)(4), Tekion Corp., CDK Global, LLC, and InDesign Data, LLC (together, the "Parties") hereby stipulate as follows:

**WHEREAS**, on December 9, 2024, Tekion filed a complaint against CDK, bringing claims for monopolization and attempted monopolization under the Sherman Act, interference with contract and prospective economic advantage, violations of California's Unfair Competition Law, and a declaratory judgment affirming the lawfulness of Tekion's technical assistance to dealers (*Tekion v. CDK*, No. 3:24-cv-08879-JSC ("*Tekion*" or the "*Tekion* Action"), Dkt. No. 1);

**WHEREAS**, on February 10, 2025, CDK filed a complaint against Tekion and InDesign Data, bringing claims under the Computer Fraud and Abuse Act, Digital Millennium Copyright Act, Defend Trade Secrets Act, and various state laws, which concern substantially the same underlying events as the *Tekion* Action (*CDK v. Tekion*, No. 3:25-cv-01394-JSC ("*CDK*" or the "*CDK* Action," and together with the *Tekion* Action, the "Related Actions"), Dkt. No. 1);

**WHEREAS**, InDesign has brought counterclaims against CDK for monopolization, tying, and exclusive dealing under the Sherman Act, as well as violations of California's Unfair Competition Law and tortious interference with business relations (*CDK*, Dkt. No. 89), which coincide with many of Tekion's allegations in the *Tekion* Action;

**WHEREAS**, on February 18, 2025, the Court related the two cases, recognizing that relation would promote efficiency and consistency, and reassigning the *CDK* Action to this Court (*Tekion*, Dkt. No. 27; *CDK*, Dkt. No. 19);

**WHEREAS**, at a June 26, 2025 hearing, the Court acknowledged that discovery in the Related Actions should proceed in parallel (*Tekion*, Dkt. No. 48 at 96:4-14);

**WHEREAS**, the Court entered a Joint Stipulation and Order Regarding Coordination of Pre-Trial Proceedings in Related Actions (*Tekion*, Dkt. No. 67; *CDK*, Dkt. No. 118);

**WHEREAS**, a significant number of depositions still need to be taken before the current close of fact discovery on April 27, 2026;

**WHEREAS**, the Parties believe a short extension to the schedule is necessary to complete fact discovery prior to expert discovery;

STIPULATION AND [PROPOSED] ORDER
EXTENDING CASE DEADLINES                                1                          Case No.: 3:24-cv-08879-JSC
                                                                                   Case No.: 3:25-cv-01394-JSC

**WHEREAS,** this is the Parties' first joint request for a modification of the case schedule;

**NOW THEREFORE,** the Parties hereby stipulate and agree, by and through their respective counsel and subject to the Court's approval, that the pretrial schedule be modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Production of Market Share Data | N/A | April 20, 2026 |
| Substantial Completion of Document Production | N/A | April 27, 2026 |
| Fact Discovery Cut-Off | April 27, 2026 | June 26, 2026 |
| Expert Witness Disclosures | June 11, 2026 | August 21, 2026 |
| Rebuttal Expert Witness Disclosures | July 13, 2026 | October 16, 2026 |
| Reply Expert Witness Disclosures | August 12, 2026 | November 24, 2026 |
| Expert Discovery Cutoff | September 2, 2026 | December 23, 2026 |
| Last Day to File Dispositive Motions and *Daubert* Motions | October 2, 2026 | January 22, 2027 |
| Dispositive Motion and *Daubert* Motion Opposition Briefs Due | November 13, 2026 | March 5, 2027 |
| Dispositive Motion and *Daubert* Motion Reply Briefs Due | December 4, 2026 | March 26, 2027 |
| Deadline for Hearing Dispositive Motions and *Daubert* Motions | February 11, 2027 | April 30, 2027 |
| Pretrial Conference | June 24, 2027 at 2:00 p.m. | Unchanged |
| Trial Begins (not to exceed 12 court days) | July 12, 2027 | Unchanged |

FENWICK & WEST LLP

Dated: April 17, 2026

FENWICK & WEST LLP

By: */s/ Erica R. Sutter*
TYLER G. NEWBY (CSB No. 205790)
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone:   415.875.2300
Facsimile:   415.281.1350
tnewby@fenwick.com

ADAM GAHTAN (*pro hac vice*)
NOAH D. SOLOWIEJCZYK (*pro hac vice*)
ERICA R. SUTTER (CSB No. 309182)
CORTNAY-BETH CYMROT (*pro hac vice*)
**FENWICK & WEST LLP**
902 Broadway, Floor 18
New York, NY  10010-6035
Telephone:   212.430.2600
agahtan@fenwick.com
nsolowiejczyk@fenwick.com
esutter@fenwick.com
ccymrot@fenwick.com

JANIE YOO-SCOTT (CSB No. 312715)
BRITTNEY DIMOND (*pro hac vice*)
**FENWICK & WEST LLP**
1155 F Street NW, 12th Floor
Washington, DC  20004
Telephone:   202.970.3000
jyooscott@fenwick.com
bdimond@fenwick.com

*Attorneys for Tekion Corp.*

Dated:  April 17, 2026

SUSMAN GODFREY L.L.P.

By:   */s/ Vineet Bhatia*
VINEET BHATIA (*pro hac vice*)
vbhatia@susmangodfrey.com
SHAWN RAYMOND (*pro hac vice*)
sraymond@susmangodfrey.com
ROBERT SAFI (*pro hac vice*)
rsafi@susmangodfrey.com
KATHERINE ROSE JAMES (*pro hac vice*)
rjames@susmangodfrey.com
DANIEL WILSON (*pro hac vice*)
dwilson@susmangodfrey.com
MEREDITH R. HARRISON (*pro hac vice*)
mharrison@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX  77002

FENWICK & WEST LLP

Telephone:   (713) 651-9366
Facsimile:   (713) 654-6666


JESSE-JUSTIN CUEVAS (SBN 307611)
jcuevas@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:   (310) 789-3100
Facsimile:   (310) 789-3150

AMY B. GREGORY (*pro hac vice*)
agregory@susmangodfrey.com
EVE LEVIN (*pro hac vice*)
elevin@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
One Manhattan West
50th Floor
New York, NY  10001
Telephone:   (212) 336-8330
Facsimile:   (212) 336-8340

RACHEL L. SCHALLER (*pro hac vice*)
rachel.schaller@blankrome.com
DANIEL R. SAEEDI (*pro hac vice)*
daniel.saeedi@blankrome.com
**BLANK ROME LLP**
444 West Lake Street, Suite 1650
Chicago, IL  60606
Telephone:   (312) 776-2600
Facsimile:   (312) 776-2601

*Attorneys for CDK Global, LLC*


Dated:  April 17, 2026          WINSTON & STRAWN LLLP


By:   */s/ Joshua Hafenbrack*
JOSHUA HAFENBRACK (*pro hac vice*)
jhafenbrack@winston.com
BENJAMIN RUDOFSKY (*pro hac vice*)
brudofsky@winston.com
JADE BRIANA BAKER (*pro hac vice*)
jbbaker@winston.com
SYDNEY HARTMAN (*pro hac vice*)
shartman@winston.com
MOLLY ROSE GIBSON (*pro hac vice*)
mrgibson@winston.com
MATTHEW HUPPERT (*pro hac vice*)
mhuppert@winston.com
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC  20036-3506

Telephone: (202) 282-5017

JEANIFER E. PARSIGIAN (SBN 289001)
jparsigian@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

EMILIE C. CASTRO-SCHWARZ (*pro hac vice*)
ecastroschwarz@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-1708

*Attorneys for INDESIGN DATA, LLC*

FENWICK & WEST LLP

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING CASE DEADLINES

5

Case No.: 3:24-cv-08879-JSC
Case No.: 3:25-cv-01394-JSC

**Local Rule 5(i)(3) Attestation**

I attest that each of the other signatories of this document have concurred in the filing of the document.


Dated: April 17, 2026                FENWICK & WEST LLP


By:    */s/ Erica R. Sutter*

## [~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED that the pretrial schedule is modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Production of Market Share Data | N/A | April 20, 2026 |
| Substantial Completion of Document Production | N/A | April 27, 2026 |
| Fact Discovery Cut-Off | April 27, 2026 | June 26, 2026 |
| Expert Witness Disclosures | June 11, 2026 | August 21, 2026 |
| Rebuttal Expert Witness Disclosures | July 13, 2026 | October 16, 2026 |
| Reply Expert Witness Disclosures | August 12, 2026 | November 24, 2026 |
| Expert Discovery Cutoff | September 2, 2026 | December 23, 2026 |
| Last Day to File Dispositive Motions and *Daubert* Motions | October 2, 2026 | January 22, 2027 |
| Dispositive Motion and *Daubert* Motion Opposition Briefs Due | November 13, 2026 | March 5, 2027 |
| Dispositive Motion and *Daubert* Motion Reply Briefs Due | December 4, 2026 | March 26, 2027 |
| Deadline for Hearing Dispositive Motions and *Daubert* Motions | February 11, 2027 | April 30, 2027 |
| Pretrial Conference | June 24, 2027 at 2:00 p.m. | Unchanged |
| Trial Begins (not to exceed 12 court days) | July 12, 2027 | Unchanged |

**IT IS SO ORDERED.**

FENWICK & WEST LLP

Dated: April 20, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

STIPULATION AND [PROPOSED] ORDER
EXTENDING CASE DEADLINES

2

Case No.: 3:24-cv-08879-JSC
Case No.: 3:25-cv-01394-JSC