TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:    415.875.2300
Facsimile:    415.281.1350

*Attorney for Tekion Corp.*

*Additional Counsel Listed on Signature Page*

VINEET BHATIA (*pro hac vice*)
vbhatia@susmangodfrey.com
SHAWN RAYMOND (*pro hac vice*)
sraymond@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone:    713.651.9366
Facsimile:    713.654.6666

*Attorneys for CDK Global, LLC*

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TEKION CORP.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CDK GLOBAL, LLC,<br><br>　　　　　　Defendant. | Case No.: 3:24-cv-08879-JSC |
| CDK GLOBAL, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TEKION CORP. and INDESIGN DATA, LLC,<br><br>　　　　　　Defendants. | Case No.: 3:25-cv-01394-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

STIPULATION AND [PROPOSED] ORDER
EXTENDING BRIEFING SCHEDULE

Case No.: 3:24-cv-08879-JSC
Case No.: 3:25-cv-01394-JSC

Pursuant to Northern District of California Civil Local Rules 6-1(b) and 7-12, Plaintiff Tekion Corp. ("Tekion") and Defendant CDK Global, LLC ("CDK" and, together with Tekion, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Stipulation and [Proposed] Order Extending the Briefing Schedule on CDK's Motion for Partial Summary Judgment.

**WHEREAS**, on December 9, 2024, Tekion filed a complaint against CDK, bringing claims for monopolization and attempted monopolization under the Sherman Act (Counts I and II), interference with contract and prospective economic advantage (Counts III and IV), violations of California's Unfair Competition Law (Count V), and a declaratory judgment affirming the lawfulness of Tekion's technical assistance to dealers (Count VI) (Dkt. No. 1) (the "Complaint");

**WHEREAS**, on April 24, 2026, CDK filed a Motion for Partial Summary Judgment with respect to Counts I and II of the Complaint (Dkt. No. 90) ("MSJ");

**WHEREAS**, under Local Rule 7-3(a) and (c), Tekion's opposition to CDK's MSJ is presently due on May 8, 2026, and CDK's reply is presently due on May 11, 2026;

**WHEREAS**, a hearing on CDK's MSJ is presently set for June 11, 2026;

**WHEREAS**, the Parties have agreed that Tekion may file its opposition on May 22, 2026, and CDK may file its reply on June 11, 2026;

**WHEREAS**, the Parties have agreed to reschedule the June 11, 2026 hearing date to June 25, 2026, subject to the Court's availability;

**NOW THEREFORE,** the Parties hereby stipulate and agree, by and through their respective counsel and subject to the Court's approval, that CDK's MSJ will be subject to the following briefing schedule:

    a.    Tekion will file its opposition to the MSJ on May 22, 2026;

    b.    CDK will file its reply in support of the MSJ on June 11, 2026; and

    c.    The hearing on CDK's MSJ will be rescheduled to June 25, 2026.

FENWICK & WEST LLP

FENWICK & WEST LLP

Dated: May 6, 2026

FENWICK & WEST LLP

By: */s/ Erica R. Sutter*
TYLER G. NEWBY (CSB No. 205790)
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone:  415.875.2300
Facsimile:   415.281.1350
tnewby@fenwick.com

ADAM GAHTAN (*pro hac vice*)
NOAH SOLOWIEJCZYK (*pro hac vice*)
ERICA R. SUTTER (CSB No. 309182)
**FENWICK & WEST LLP**
902 Broadway, Floor 18
New York, NY  10010-6035
Telephone:  212.430.2600
agahtan@fenwick.com
nsolowiejczyk@fenwick.com
esutter@fenwick.com

JANIE YOO-SCOTT (CSB No. 312715)
BRITTNEY DIMOND (*pro hac vice*)
**FENWICK & WEST LLP**
1155 F Street NW, 12th Floor
Washington, DC  20004
Telephone:  202.970.3000
jyooscott@fenwick.com
bdimond@fenwick.com

*Attorneys for Tekion Corp.*

Dated:  May 6, 2026

SUSMAN GODFREY L.L.P.

By:   */s/ Vineet Bhatia*
VINEET BHATIA (*pro hac vice*)
vbhatia@susmangodfrey.com
SHAWN RAYMOND (*pro hac vice*)
sraymond@susmangodfrey.com
ROBERT SAFI (*pro hac vice*)
rsafi@susmangodfrey.com
KATHERINE ROSE JAMES (*pro hac vice*)
rjames@susmangodfrey.com
DANIEL WILSON (*pro hac vice*)
dwilson@susmangodfrey.com
MEREDITH R. HARRISON (*pro hac vice*)
mharrison@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666

JESSE-JUSTIN CUEVAS (SBN 307611)
jcuevas@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:   (310) 789-3100
Facsimile:    (310) 789-3150

AMY B. GREGORY (*pro hac vice*)
agregory@susmangodfrey.com
EVE LEVIN (*pro hac vice*)
elevin@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
One Manhattan West
50th Floor
New York, NY  10001
Telephone:   (212) 336-8330
Facsimile:    (212) 336-8340

RACHEL L. SCHALLER (*pro hac vice*)
rachel.schaller@blankrome.com
DANIEL R. SAEEDI (*pro hac vice*)
daniel.saeedi@blankrome.com
**BLANK ROME LLP**
444 West Lake Street, Suite 1650
Chicago, IL  60606
Telephone:   (312) 776-2600
Facsimile:    (312) 776-2601

*Attorneys for CDK Global, LLC*

FENWICK & WEST LLP

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING BRIEFING SCHEDULE

3

Case No.: 3:24-cv-08879-JSC
Case No.: 3:25-cv-01394-JSC

**Local Rule 5(i)(3) Attestation**

I attest that each of the other signatories of this document have concurred in the filing of the document.


Dated: May 6, 2026                    FENWICK & WEST LLP


                                      By:   */s/ Erica R. Sutter*

FENWICK & WEST LLP

## [~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED that Tekion shall file its opposition to CDK's Motion for Partial Summary Judgment (Dkt. No. 90) on May 22, 2026 and CDK shall file its reply in support of its Motion for Partial Summary Judgment on June 11, 2026. The hearing on CDK's Motion for Partial Summary Judgment is rescheduled to June 25, 2026 at 10:00 am.

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge