TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:    415.875.2300
Facsimile:    415.281.1350

ERICA R. SUTTER (CSB No. 309182)
esutter@fenwick.com
ADAM GAHTAN (admitted *pro hac vice*)
agahtan@fenwick.com
CORTNAY – BETH CYMROT
(admitted *pro hac vice*)
ccymrot@fenwick.com
FENWICK & WEST LLP
902 Broadway, Floor 18
New York, NY  10010 – 6035
Telephone:    212.430.2600

ATTORNEYS FOR PLAINTIFF
TEKION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEKION CORP., | Case No.: 3:24-cv-08879-JSC |
| Plaintiff, | **TEKION CORP.'S RESPONSE TO CDK GLOBAL, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER TEKION CORP.'S MATERIAL SHOULD BE SEALED (DKT. 89)** |
| v. | |
| CDK GLOBAL, LLC, | |
| Defendant. | Judge: Honorable Jacqueline Scott Corley |

FENWICK & WEST LLP
ATTORNEYS AT LAW

## I.    INTRODUCTION

Pursuant to Civil Local Rule 7-11 and 79-5 and the Court's Standing Order, Tekion Corp. respectfully requests that the Court maintain under seal the following Tekion materials submitted in connection with CDK Global, LLC's Partial Motion for Summary Judgment (Dkt. 90) and accompanying Administrative Motion to Consider Whether Tekion's Material Should Be Filed Under Seal (Dkt. No. 89).   These materials contain, among other things, confidential and commercially sensitive information regarding Tekion's internal practices, competitive strategies, and revenue, the disclosure of which would cause harm to Tekion.

| Document | Portion of Document Sought To Be Sealed | Basis for Sealing |
|---|---|---|
| CDK's Memorandum of Law in Support of Its Motion for Summary Judgment | The following portions of the Memorandum should remain under seal: 2:11-12;   2:14-16; 2:26-3:2; 2 n.2; 6:5; 6:13-22; 6:24-27; 7:4-9; 7:11-13; 7:18-8:8; 9:12-20; 9 n.5; 10:4-11; 17:2-4; 17:8-15; 18:13-14; 19:21-25; 20:9-11; 20:27-21:1; 23:12-14. | Discusses documents designated Confidential or Highly Confidential by Tekion under the Protective Order |
| Exhibit 1 to CDK's Motion for Partial Summary Judgment | The following portions of this exhibit should remain under seal:<br><br>• ¶¶ 59-62; ¶¶ 64-65 (including heading for Section 3);<br><br>• Exhibits 6-7; Exhibit 9;<br><br>• 31 n.131; 38 n.147; 40 n.148; 42 n.149. | Discloses highly confidential financial information |
| Exhibit 4 to CDK's Motion for Partial Summary Judgment | Exhibit A to Tekion's Responses and Objections to CDK's First Set of Interrogatories | Discloses a confidential customer list |
| Exhibit 5 to CDK's Motion for Partial Summary Judgment | The following portions of this exhibit should remain under seal:<br><br>• 4:23-5:1; 11:11-16;<br><br>• Exhibits A and B. | Discloses confidential revenue information and confidential customer lists |
| Exhibit 6 to CDK's Motion for Partial Summary Judgment | The following portions of this exhibit should remain under seal: 4:7-12; 6:10-16; 9:23-10:1; 13:9-14; 15:19-24; 17:19-25; 21:21-26; | Discloses Tekion's confidential revenue information |

1

FENWICK & WEST LLP
ATTORNEYS AT LAW

| | 24:27-25:5 | |
|---|---|---|
| Exhibit 7 to CDK's Motion for Partial Summary Judgment | The following portions of this exhibit should remain under seal: 4:7-12; 6:10-16; 9:5-11; 11:22-27; 13:21-27; 16:3-9. | Discloses Tekion's confidential revenue information |
| Exhibit 14 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses highly confidential financial information and competitive strategies |
| Exhibit 15 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses confidential revenue information and business updates |
| Exhibit 16 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses confidential financial information and competitive strategies |
| Exhibit 17 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses confidential financial information and competitive strategies |
| Exhibit 18 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses highly confidential financial information and competitive strategies |
| Exhibit 19 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses confidential financial information |
| Exhibit 20 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses highly confidential financial information and competitive strategies |
| Exhibit 21 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses highly confidential financial information and competitive strategies |
| Exhibit 22 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses highly confidential financial information and competitive strategies |
| Exhibit 23 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses confidential financial information, competitive strategies, and internal business plans and updates |
| Exhibit 24 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses confidential competitive strategies |
| Exhibit 25 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses highly confidential financial information and competitive strategies |
| Exhibit 26 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses highly confidential competitive strategies and analyses |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Exhibit 27 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses confidential competitive strategies and analyses |
|---|---|---|
| Exhibit 28 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses confidential competitive strategies and analyses |
| Exhibit 29 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses confidential internal research, competitive strategies, and competitive analyses |
| Exhibit 31 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses confidential financial information, competitive strategies, and competitive analyses |
| Exhibit 32 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses confidential competitive strategies and competitive analysis |
| Exhibit 33 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses confidential information regarding the terms of Tekion's relationship with a dealer partner |
| Exhibit 34 to CDK's Motion for Partial Summary Judgment | Entire Document | Discloses highly confidential business information |

## II.    ARGUMENT

While "courts have recognized a general right to inspect and copy public records and documents, including judicial records and documents … access [to judicial records] is not absolute." *Perry v. Brown*, 667 F.3d 1078, 1084 (9th Cir. 2012) (citation modified).  When motions and their supporting materials are more than tangentially related to the merits of a case, the moving party must demonstrate "compelling reasons" for sealing. *Fitzhenry-Russell v. Keurig Dr. Pepper Inc.*, 345 F. Supp. 3d 1111, 1120 (N.D. Cal. 2018); *see Skillz Platform Inc. v. AviaGames Inc.*, No. 21-CV-02436-BLF, 2023 WL 6131611, at *1 (N.D. Cal. Sept. 18, 2023) (applying the "compelling reasons" standard to materials pertaining to a motion for summary judgment).  Here, compelling reasons exist to seal the materials, or portions of the materials, identified above, because they contain Tekion's internal, nonpublic, and highly sensitive business information, as further described below:

- Exhibit 1 (the Snail Report) contains and discusses confidential or highly confidential information regarding Tekion's revenue, rooftops totals, customers, and competitive analyses.  Declaration of Jacob Shulman ("Shulman Decl.") ¶ 3.
- Exhibits 4-7 are Tekion's responses and objections to CDK's interrogatories.  These responses and objections contain Tekion's confidential revenue information and nonpublic information about Tekion's customers.  *Id.* at ¶ 4.
- Exhibits 14, 15, 18, 20, 21, 22, 23, and 25 are internal executive- or board-level presentations that contain confidential or highly confidential revenue information, rooftop totals, business plans, and competitive strategies.  *Id.* at ¶ 5.
  - Exhibit 14 (TEKION00021584) is an Executive Staff Monthly Business Review.
  - Exhibit 15 (TEKION00113433) is a CEO Keynote presentation.
  - Exhibit 18 (TEKION00020469) is a board meeting presentation.
  - Exhibit 20 (TEKION00021725) is a board meeting presentation.
  - Exhibit 21 (TEKION00019919) is a board meeting presentation.
  - Exhibit 22 (TEKION00020164) is a board meeting presentation.
  - Exhibit 23 (TEKION01258940) is a Sales Kick Off presentation.
  - Exhibit 25 (TEKION00020362) is a board meeting presentation.
- Exhibit 16 (TEKION000241491) is an email discussing Tekion's confidential business goals, strategies, and modeling.  *Id.* at ¶ 6.
- Exhibit 17 (TEKION00339055) is an email discussing a confidential business presentation to lenders.  *Id.* at ¶ 7.
- Exhibit 19 (TEKION00246282) is a document containing confidential financial analyses.  *Id.* at ¶ 8.
- Exhibit 24 (TEKION00109124) is an email discussing competitive strategy.  *Id.* at ¶ 9.
- Exhibit 26 (TEKION00035630) is an email and attachment with extensive competitive analysis and financial information.  *Id.* at ¶ 10.
- Exhibit 27 (TEKION000814333) is a confidential competitive analysis.  *Id.* at ¶ 11.

Fenwick & West LLP
Attorneys At Law

FENWICK & WEST LLP
ATTORNEYS AT LAW

- Exhibit 28 (TEKION01256227) is an email thread discussing Tekion's confidential business plans and competitive strategy. *Id.* at ¶ 12.

- Exhibit 29 (TEKION01360292) is an email with a confidential Primary Research Update attached, which includes confidential internal research, competitive analysis, and competitive strategies. *Id.* at ¶ 13.

- Exhibit 31 (TEKION00019693) is a confidential Market Study containing internal research, competitive strategies, and competitive analysis. *Id.* at ¶ 14.

- Exhibit 32 (TEKION00019528) is a confidential Market Report containing confidential competitive strategies and competitive analysis. *Id.* at ¶ 15.

- Exhibit 33 (TEKION01300808) is an email discussing confidential terms of Tekion's relationship with a dealer partner. *Id.* at ¶ 16.

- Exhibit 34 (TEKION00249069) is a document showing Tekion's rooftop totals. *Id.* at ¶ 17.

- Finally, CDK's Memorandum of Law in Support of Its Motion for Summary Judgment quotes from and discusses confidential or highly confidential business information contained in the materials discussed above. *Id.* at ¶ 18.

A compelling reason to seal documents exists where the business information to be sealed could harm a litigant's competitive standing or be used to the litigant's competitive disadvantage. *Lawson v. Grubhub, Inc.*, No. 15-CV-05128-JSC, 2017 WL 2951608, at *9 (N.D. Cal. July 10, 2017); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978) (explaining that despite the presumption of public access to judicial records, courts have not let documents become "sources of business information that might harm a litigant's competitive standing"). Disclosure of the above-identified materials would cause Tekion competitive harm. Shulman Decl. ¶ 19. The sensitive business information, including nonpublic financial and revenue information, customer lists, competitive strategies, and competitive analyses would provide competitors insight into Tekion's business plans, harming Tekion's competitive standing and putting Tekion at a competitive disadvantage. Shulman Decl. ¶ 20. Courts have repeatedly held that these types of materials warrant sealing. *See, e.g.*, *Krieger v. Atheros Commc'ns, Inc.*, No. 11-CV-00640-LHK, 2011 WL 2550831, at *1 (N.D. Cal. June 25, 2011) (sealing "discussions of business strategy[] and competitive

analyses"); *Day v. GEICO Cas. Co.*, No. 21-CV-02103-BLF, 2024 WL 37060, at *2 (N.D. Cal. Jan. 2, 2024) (sealing internal financial information); *True Health Chiropractic Inc. v. McKesson Corp.*, No. 13-CV-02219-HSG, 2019 WL 11743580, at *2 (N.D. Cal. Aug. 13, 2019) (sealing nonpublic lists of a party's customers).

Finally, a less restrictive alternative would not suffice here. Tekion's sealing requests are narrowly tailored to cover only confidential or highly confidential information.

## III.   CONCLUSION

For these reasons, Tekion respectfully requests that the Court maintain under seal the documents, or portions of documents, identified above.

Dated:  May 12, 2026                                    FENWICK & WEST LLP

By:  */s/ Tyler G. Newby*
     Tyler G. Newby

     Attorneys for Defendant
     TEKION CORP.