TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:    415.875.2300
Facsimile:    415.281.1350

ERICA R. SUTTER (CSB No. 309182)
esutter@fenwick.com
ADAM GAHTAN (*pro hac vice*)
agahtan@fenwick.com
NOAH SOLOWIEJCZYK (*pro hac vice*)
nsolowiejczyk@fenwick.com
FENWICK & WEST LLP
902 Broadway, Floor 18
New York, NY  10010-6035
Telephone:   212.430.2600

*Attorneys for Tekion Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEKION CORP.,<br><br>                    Plaintiff,<br><br>        v.<br><br>CDK GLOBAL, LLC,<br><br>                    Defendant. | Case No. 3:24-cv-08879-JSC<br><br>**DECLARATION OF TYLER G. NEWBY IN SUPPORT OF TEKION CORP.'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date:  June 25, 2026<br>Time:  10:00 a.m.<br>Court: 8, 19th Floor<br>Judge:  Honorable Jacqueline Scott Corley |

NEWBY DECL. ISO TEKION'S MOT. FOR
LEAVE TO FILE 1ST AM. COMPLAINT

Case No.: 3:24-cv-08879-JSC

FENWICK & WEST LLP
ATTORNEYS AT LAW

FENWICK & WEST LLP
ATTORNEYS AT LAW

I, Tyler G. Newby, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and before this court and am a partner at Fenwick & West LLP, attorneys for Plaintiff Tekion Corp. I submit this declaration in support of Tekion's Motion for Leave to File First Amended Complaint. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Tekion's Proposed First Amended Complaint.

3. Attached hereto as Exhibit B is a true and correct copy of a comparison of Tekion's Complaint (Dkt No. 1) and Tekion's Proposed First Amended Complaint.

4. CDK has produced several hundred thousand documents in this case.

5. On May 14, 2026, I met and conferred with CDK's lead counsel, Vineet Bhatia, by video conference on several matters. I told Mr. Bhatia that Tekion intended to seek leave to file a First Amended Complaint, and I summarized the amendments during the conference. In that summary, I described a bulletin from the investment bank that had managed a CDK debt offering that Tekion intended to refer to in the amended complaint.

6. I sent a redline copy of the proposed amended complaint to CDK's counsel on Friday, May 15. Mr. Bhatia notified me that CDK would oppose the motion to amend. Later in the day, Mr. Bhatia sent a document that CDK had not previously produced that he said would put statements in the investment bank bulletin in context. I then sent Mr. Bhatia a revised proposed amended complaint removing reference to the investment bank bulletin. Mr. Bhatia responded that CDK objects to the filing of the amended complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2026, in Mill Valley, California.

FENWICK & WEST LLP

By: /s/ *Tyler G. Newby*
Tyler G. Newby