# EXHIBIT 39





# Powering
# Automotive Retail at
# Scale

**$540 billion in automotive commerce** runs through CDK dealership software and systems every year. Our unrivaled scale, combined with deep industry expertise and dynamic record of technological innovation, is why more dealerships and automotive groups like yours choose us — to help fuel growth, increase efficiency, and achieve stronger business results.



  **Watch Video**

## Leading the Industry



# 2.6%
**of the U.S. GDP**
handled on behalf of
our dealer partners

# 257M
unique customer IDs work with AI
to power our **Built-In CDP**
(Customer Data Platform)



# 900M
anonymized repair orders
powering AI-driven insights
and performance across
**Fixed Operations**



# 1,000+
**integrated partners** in our
open, dealer-ready
ecosystem

## Providing Dealers With Tangible Results

### 30%
gross profit growth
reported by top
performers in Service
within one year

### ~3x
increase in customer-
pay RO for the top 25%
of dealers — $1,380 vs.
$466 industry average

### 25%
more Sales
appointments with AI-
assisted CRM workflows

### 75%
reduction in Sales
transaction time, from
two hours to 30 minutes

### 20%
improvement in
revenue forecasting
accuracy

### $30M
lift in 30 days for the
first users of our
Warranty Revenue

**https://www.cdkglobal.com/**
**Captured 22 May 2026 , 18:27:45**

Assistance Program

# Thinking About Your Success

 



### AI vs. AIVA: What the Difference Means for Dealers and Developer Partners

Artificial intelligence shows up in many conversations across automotive retail today. Dealers hear about it in pricing tools, service recommendations and customer...

3 Min Read · May 18 · Emily Ghioto

### Video: How AI Helps Dealerships Overcome Sales Challenges

Artificial intelligence is quickly becoming a powerful differentiator for dealerships. In a panel discussion at CDK Live NADA 2026, industry...

2 Min Read · May 15 · CDK Global

View All Insights →

# What We Offer



## Dealership Xperience Platform

Transform how you sell and service cars and operate your business through our open, integrated and customer-focused platform.

## Digital Retail

From online to in store, deliver one seamless, consistent customer experience



## Customer Relationship Management (CRM)

Put your customers at the heart of your business and drive real growth.



## Finance & Insurance (F&I)

Never miss an opportunity to increase profits and customer satisfaction.



## Dealer Management System (DMS)

Streamline your dealership with the most powerful system in the industry.



## Fixed Operations

Make repairs more profitable and the customer experience more positive.



## Network & Communication Services

Make your IT work for you — not the other way around

## Intelligence

Harness the power of data insights and intelligence to fuel your business.

# Technology That's Engineered for the Way You Work

For 50 years, CDK Global has had just one purpose: to let dealers offer their customers the very best experience and grow their businesses. Our products are designed to let you focus on just one thing. Your customer.

Learn More About CDK Global    →

## Help Shape What Happens Next

As a global leader in the field, we're looking for the best and brightest to join us as we move automotive retail forward.

EXPLORE CAREERS  >

https://www.cdkglobal.com/
Captured 22 May 2026 , 18:27:45



## Customer Stories

https://www.cdkglobal.com/
Captured 22 May 2026 , 18:27:45

Rio Motors (Rio Motor Co.) · Rio Grande City, Texas

## How Rio Motors Accelerated Inventory Decisions With the CDK Vehicle Inventory Suite

Rio Motors streamlined its entire inventory acquisition, pricing, and merchandising process by unifying appraisal data, competitive market insights, and mobile merchandising into one workflow with CDK Vehicle Inventory Suite. By eliminating the need to jump between multiple systems, the team now makes faster, more confident inventory decisions and gets vehicles to market quicker.

READ STORY  >



Garlyn Shelton Auto Group · Temple, TX

## CDK Vehicle Inventory Suite Accelerates Inventory Turn for Garlyn Shelton Auto Group

The Vehicle Inventory Suite has transformed how Garlyn Shelton Auto Group manages its operations. By bringing together appraisals, pricing and merchandising into one connected platform, the dealership group achieved measurable gains in efficiency, confidence and speed.

READ STORY  >



## 5 - 10

days faster inventory turn

View All Customer Stories  →

# Media Center

### CDK HOSTS FOURTH ANNUAL CDK CONNECT LIVE ON MAY 19-21

Three-day immersive conference in Nashville features new technology,

### CDK WINS TWO STEVIE® AWARDS FOR CUSTOMER SERVICE EXCELLENCE

Leading automotive retail software provider recognized with top

### CDK SHOWCASES AUTOMOTIVE RETAIL LEADERSHIP AT NADA 2026

Powered by the industry's newest technology platform and largest

**https://www.cdkglobal.com/**
**Captured 22 May 2026 , 18:27:45**

industry insights, automotive and heavy truck dealer-focused training, and futurist speaker Jonathan Brill

honors for customer service training and enterprise transformation

dataset

March 23, 2026

February 3, 2026

January 27, 2026

View All News →

## Have Questions?

Please don't hesitate to contact us — we're always happy to hear from you.

Contact Us

## CDK GLOBAL

**Corporate**

847.397.1700

**Support**   866.668.5394

**Sales**   833.620.2129

   

**Hear What's New Before the Rest of the Industry**

Sign Me Up!

### Who We Serve

Auto Dealerships

Original Equipment Manufacturers

Independent Software Vendors

Heavy Truck ↗

### How We Help

End Sales Exhaustion for Your Customers

Fix the Lack of Trust That's Hurting Profits

Target What's Holding Back Business Growth

Guard Against Connection and Security Failure

### What We Offer

Digital Retail

Customer Relationship Management

Finance & Insurance

Dealer Management System

Fixed Operations

Network & Communication Services

Dealership Xperience Platform

Intelligence

AI at CDK

Fortellis ↗

CVR ↗

AVRS ↗

### Who We Are

About Us

Join CDK ↗

### Resources

Insights

Training

Media Center

Customer Stories

Support

Login

Contact Us

Privacy Policy      Cookie Statement      CDK Policies      User Agreement      Do Not Sell or Share My Information

© 2026 CDK Global LLC / CDK Global is a registered trademark of CDK Global LLC. Some products or features and functionalities may not be available in all locations.