PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

VINEET BHATIA (*pro hac vice*)
vbhatia@susmangodfrey.com
SHAWN RAYMOND (*pro hac vice*)
sraymond@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone:    713.651.9366
Facsimile:    713.654.6666

*Attorneys for CDK Global, LLC*

*Additional Counsel Listed on Signature Page*

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:    415.875.2300
Facsimile:    415.281.1350

*Attorney for Tekion Corp.*

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TEKION CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>CDK GLOBAL, LLC,<br><br>        Defendant. | Case No.: 3:24-cv-08879-JSC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SANCTIONS AND PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

Pursuant to Northern District of California Civil Local Rules 6-1(b) and 7-12, Plaintiff Tekion Corp. ("Tekion") and Defendant CDK Global, Inc. ("CDK" and, together with Tekion, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Stipulation and [Proposed] Order Extending the Briefing Schedule on CDK's Motion for Sanctions and Tekion's Motion for Leave to File First Amended Complaint.

WHEREAS, on December 9, 2024, Tekion filed a complaint against CDK, bringing claims for monopolization and attempted monopolization under the Sherman Act (Counts I and II), interference with contract and prospective economic advantage (Counts III and IV), violations of California's Unfair Competition Law (Count V), and a declaratory judgment affirming the lawfulness of Tekion's technical assistance to dealers (Count VI) (Dkt. No. 1) (the "Complaint");

WHEREAS, on May 18, 2026, CDK filed a Motion for Sanctions (Dkt. No. 102) ("Motion for Sanctions");

WHEREAS, on May 15, 2026, Tekion filed a Motion for Leave to File First Amended Complaint (Dkt. No. 98) ("Motion for Leave to File FAC");

WHEREAS, under Local Rule 7-3, Tekion's opposition to CDK's Motion for Sanctions is presently due on June 1, 2026, CDK's opposition to Tekion's Motion for Leave to File FAC is presently due on May 29, 2026, CDK's reply in support of its Motion for Sanctions is presently due on June 8, 2026, and Tekion's reply in support of its Motion for Leave to File FAC is presently due on June 5, 2026;

WHEREAS, the Parties have agreed to the following modified briefing schedule: Tekion shall file its opposition to CDK's Motion for Sanctions on June 4, 2026; CDK shall file its opposition to Tekion's Motion for Leave to File FAC on June 5, 2026; CDK shall file its reply in support of its Motion for Sanctions on June 18, 2026; and Tekion shall file its reply in support of its Motion for Leave to File FAC on June 19, 2026;

WHEREAS, this extension to the briefing schedule would not alter any currently scheduled hearing date and would provide adequate time for the Court's consideration of the motions;

NOW THEREFORE, the Parties hereby stipulate and agree, by and through their respective counsel and subject to the Court's approval, that CDK's Motion for Sanctions and

Tekion's Motion for Leave to File FAC will be subject to the following briefing schedule:

    a.    Tekion will file its opposition to CDK's Motion for Sanctions on June 4, 2026;

    b.    CDK will file its opposition to Tekion's Motion for Leave to File FAC on June 5, 2026;

    c.    CDK will file its reply in support of its Motion for Sanctions on June 18, 2026; and

    d.    Tekion will file its reply in support of its Motion for Leave to File FAC on June 19, 2026.

Dated: May 22, 2026                SUSMAN GODFREY L.L.P.

By:  */s/ Vineet Bhatia*
VINEET BHATIA (*pro hac vice*)
vbhatia@susmangodfrey.com
SHAWN RAYMOND (*pro hac vice*)
sraymond@susmangodfrey.com
DANIEL WILSON (*pro hac vice*)
dwilson@susmangodfrey.com
MEREDITH R. HARRISON (*pro hac vice*)
mharrison@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

JESSE-JUSTIN CUEVAS (SBN 307611)
jcuevas@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

AMY B. GREGORY (*pro hac vice*)
agregory@susmangodfrey.com
EVE LEVIN (*pro hac vice*)
elevin@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
One Manhattan West
50th Floor

New York, NY  10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Stephen Morrissey (*pro hac vice*)
smorrissey@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
401 Union St., Suite 3000
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Attorneys for CDK Global, LLC*

Dated: May 22, 2026          FENWICK & WEST LLP

By: */s/ Erica R. Sutter*
TYLER G. NEWBY (CSB No. 205790)
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone:   415.875.2300
Facsimile:   415.281.1350
tnewby@fenwick.com

ADAM GAHTAN (*pro hac vice*)
NOAH SOLOWIEJCZYK (*pro hac vice*)
ERICA R. SUTTER (CSB No. 309182)
**FENWICK & WEST LLP**
902 Broadway, Floor 18
New York, NY  10010-6035
Telephone:   212.430.2600
agahtan@fenwick.com
nsolowiejczyk@fenwick.com
esutter@fenwick.com

JANIE YOO-SCOTT (CSB No. 312715)
BRITTNEY DIMOND (*pro hac vice*)
**FENWICK & WEST LLP**
1155 F Street NW, 12th Floor
Washington, DC  20004
Telephone:   202.970.3000
jyooscott@fenwick.com
bdimond@fenwick.com

*Attorneys for Tekion Corp.*

STIPULATION AND [Proposed] ORDER
EXTENDING BRIEFING SCHEDULE                3                Case No.: 3:24-cv-08879-JSC

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY WORK PRODUCT**

**[~~PROPOSED~~] ORDER**

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED that Tekion shall file its opposition to CDK's Motion for Sanctions (Dkt. No. 102) on June 4, 2026; CDK shall file its opposition to Tekion's Motion for Leave to File First Amended Complaint (Dkt. No. 98) on June 5, 2026; CDK shall file its reply in support of its Motion for Sanctions on June 18, 2026; and Tekion shall file its reply in support of its Motion for Leave to File FAC on June 19, 2026. The hearing on the motions are continued to July 17, 2026 at 9:00 a.m. in San Francisco.

**IT IS SO ORDERED.**

Dated: May 26, 2026



United Sta...

IT IS SO ORDERED
AS MODIFIED

*Jacqueline Scott Corley*

Judge Jacqueline Scott Corley