VINEET BHATIA (*Admitted Pro Hac Vice*)
vbhatia@susmangodfrey.com
SHAWN RAYMOND (*Admitted Pro Hac Vice*)
sraymond@susmangodfrey.com
Daniel Wilson *(Admitted Pro Hac Vice)*
dwilson@susmangodfrey.com
Meredith R. Harrison *(Admitted Pro Hac Vice)*
mharrison@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

JESSE-JUSTIN CUEVAS (SBN 307611)
jcuevas@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

EVE LEVIN (*Admitted Pro Hac Vice*)
elevin@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

STEPHEN MORRISSEY (*Admitted PHV*)
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Attorneys for Defendant CDK Global, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TEKION CORP., a Delaware corporation<br><br>    *Plaintiff,*<br><br>vs.<br><br>CDK GLOBAL, LLC, a Delaware limited liability company<br><br>    *Defendant.* | Case No. 3:24-cv-08879-JSC<br><br>**DEFENDANT CDK GLOBAL, LLC'S NOTICE OF MOTION AND MOTION TO STRIKE DECLARATION OF ERICA R. SUTTER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO STRIKE DECLARATION OF ERICA R. SUTTER**<br><br>Date:  July 17, 2026<br>Time: 9:00 a.m.<br>Place: San Francisco Courthouse<br>       Courtroom 8 – 19th Floor<br>       450 Golden Gate Ave<br>       San Francsico, CA 94102 |

## NOTICE OF MOTION TO STRIKE AND MOTION TO STRIKE

PLEASE TAKE NOTICE that, on July 17, 2026, at 9:00 a.m., before the Honorable Jacqueline S. Corley, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California, Courtroom 8, 19th Floor, Defendant CDK Global, LLC ("CDK") will and hereby does move for an order striking the Declaration of Erica R. Sutter In Support of Plaintiff's Rule 56(d) Motion in Opposition to Defendant's Early Motion for Partial Summary Judgment ("Sutter Decl.") (ECF 111). The motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the pleadings and papers on file in this action, and any other matter that the Court may properly consider.

## STATEMENT OF ISSUES TO BE DECIDED

Whether CDK is entitled to an order striking paragraphs 3 and 38–58 of the Sutter Declaration for its violation of Local Rule 7-5(b).

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 7-5(b), this Court should strike paragraphs 3 and 38–53 of the Sutter Declaration. These portions of the Sutter Declaration contain more than four pages of improper legal argument. *See* Sutter Decl. ¶¶ 3, 38–53.

Local Rule 7-5(b) mandates that declarations submitted with summary judgment papers "contain only facts . . . and must avoid conclusions and argument." N.D. CAL. L.R. 7-5(b). "An affidavit or declaration not in compliance with this rule may be stricken in whole or in part." *Id.* Longstanding Ninth Circuit law reiterates this rule. *See, e.g.*, *King County v. Rasmussen*, 299 F.3d 1077, 1082 (9th Cir. 2002) ("Declarations, which are supposed to 'set forth facts as would be admissible in evidence,' should not be used to make an end-run around the page limitations of Rule 7 by including legal arguments outside of the briefs." (quoting FED. R. CIV. P. 56(e))).

In accordance with *Rasmussen*, courts in this District frequently strike improper argumentative material from declarations that violate Local Rule 7-5(b). *See, e.g.*, *Logtale, Ltd. v. IKOR, Inc.*, 2015 WL 1299849, at *6 n.4 (N.D. Cal. Mar. 20, 2015) (granting motion to strike declaration that "improperly includes numerous pages of argument, legal conclusions, and assertions not within the declarant's personal knowledge and in violation of Local Rule 7–5(b)");

*Universal Grading Serv. v. eBay, Inc.,* 2011 WL 846060, at *11 (N.D. Cal. Mar. 8, 2011) ("Because [plaintiffs'] Declaration contains numerous legal conclusions and arguments and lacks proper foundation, this court grants [defendant's] motion to strike."); *Lira v. Cate*, 2010 WL 727979, at *4 n.5 (N.D. Cal. Feb. 26, 2010) (finding objections and motion to strike legal argument from declaration "well-founded" where the declaration "provides legal opinions" and argument and "contains numerous citations to legal authority").[1] This Court should do the same here.

The Sutter Declaration's improper legal argument is an attempt to circumvent Local Rule 7-4(b)'s 25-page limitation applicable to Tekion's memorandum of points and authorities in opposition to CDK's summary judgment motion. Indeed, the Sutter Declaration contains both legal arguments and authorities ***that do not appear in Tekion's opposition brief***. The declaration thus violates Local Rule 7-5(b) and falls squarely within *Rasmussen*'s edict "not . . . [to] use[] [declarations] to make an end-run around the page limitations of Rule 7 by including legal arguments outside of the briefs." 299 F.3d at 1082. Moreover, despite having ample opportunity, Tekion has neither withdrawn the improper sworn statements nor explained how its end-run around this District's page limits is consistent with the Local Rules.

Within hours of the filing of the Sutter Declaration, CDK alerted Tekion to the impropriety of the declaration's paragraphs 3 and 38–53, including the improper circumvention of the Local Rules's page limitations, and requested Tekion withdraw the offending material. For two weeks, Tekion did not respond. Then, on June 9, 2026, two days before CDK's summary judgment reply brief was due, Tekion responded and refused to withdraw paragraphs 3 and 38–53. Instead, Tekion proposed the parties jointly submit a letter acknowledging the dispute as to some (but not all) of

---

[1] Courts likewise regularly sustain evidentiary objections aimed at legal arguments contained in declarations. *See, e.g.*, *First Mercury Ins. Co. v. Great Divide Ins. Co.*, 241 F. Supp. 3d 1028, 1045 (N.D. Cal. 2017) (alterations in original) (sustaining objection to legal conclusion included in declaration submitted in opposition to summary judgment because "[u]nder Civil Local Rule 7–5(b), '[a]n affidavit or declaration[ ] may contain only facts . . . and must avoid conclusions and argument.'"); *Tobin v. City & County of San Francisco*, 2016 WL 5791224, at *6 n.6 (N.D. Cal. Oct. 4, 2016) (sustaining defendant's objections to plaintiff's "argumentative" declarations submitted in opposition to summary judgment); *Zoom Elec., Inc. v. Int'l Bhd. of Elec. Workers, Loc. 595*, 2013 WL 192515, at *4 (N.D. Cal. Jan. 17, 2013) (sustaining objections to portion of declaration that "impermissibly includes . . . statements that consist of legal conclusions and argument, in violation of Civil Local Rule 7–5").

the at-issue statements and stipulating that the Court may "in its discretion" disregard an even narrower portion of the declaration.[2] The proposal was not acceptable, and CDK proceeded with this motion.

For the foregoing reasons, the Court should grant CDK's motion to strike paragraphs 3 and 38–53 of the Sutter Declaration. In the alternative, to the extent the Court considers the legal argument and authorities in paragraphs 3 and 38–53 of the Sutter Declaration, CDK seeks leave to file a response of no more than 10 pages.

---

[2] *See* E. Levin Email Thread, a true and correct copy of which is attached hereto as Exhibit A, and Tekion's proposed joint letter, a true and correct copy of which is attached hereto as Exhibit B.

Dated: June 11, 2026

**SUSMAN GODFREY L.L.P.**

By:   */s/ Vineet Bhatia*

VINEET BHATIA (*Admitted Pro Hac Vice*)
SHAWN RAYMOND (*Admitted Pro Hac Vice*)
DANIEL WILSON *(Admitted Pro Hac Vice)*
MEREDITH R. HARRISON *(Admitted Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com
dwilson@susmangodfrey.com
mharrison@susmangodfrey.com

JESSE-JUSTIN CUEVAS (SBN 307611)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
jcuevas@susmangodfrey.com

STEPHEN MORRISSEY *(Admitted Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
smorrissey@susmangodfrey.com

EVE LEVIN (*Admitted Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
elevin@susmangodfrey.com

*Attorneys for Defendant CDK Global, LLC*

**CERTIFICATE OF SERVICE**

I certify that on June 11, 2026, a true and correct copy of the foregoing document has been served on the following counsel of record by electronic mail.

/s/ *Vineet Bhatia*
Vineet Bhatia

**SERVICE LIST**

| | |
|---|---|
| VINEET BHATIA (*Admitted Pro Hac Vice*)<br>vbhatia@susmangodfrey.com<br>SHAWN RAYMOND (*Admitted Pro Hac Vice*)<br>sraymond@susmangodfrey.com<br>DANIEL WILSON (*Admitted Pro Hac Vice*)<br>dwilson@susmangodfrey.com<br>MEREDITH R. HARRISON (*Admitted Pro Hac Vice*)<br>mharrison@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366 | TYLER G. NEWBY<br>tnewby@fenwick.com<br>WILLIAM SHULDINER<br>wshuldiner@fenwick.com<br>SAMUEL SAHAGIAN<br>ssahagian@fenwick.com<br>FENWICK & WEST LLP<br>One Front Street, 33rd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 275-2300 |
| JESSE-JUSTIN CUEVAS (SBN 307611)<br>jcuevas@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100 | ERICA R. SUTTER<br>esutter@fenwick.com<br>CORTNAY CYMROT<br>ccymrot@fenwick.com<br>ADAM ROBERT GAHTAN<br>agahtan@fenwick.com<br>Noah D. Solowiejczyk<br>nsolowiejczyk@fenwick.com<br>Kevin Xavier McGann<br>kmcgann@fenwick.com<br>FENWICK & WEST LLP<br>902 Broadway, 18th Floor<br>New York, New York 10010<br>Telephone: (650) 335-7626 |
| Stephen Morrissey (*pro hac vice*)<br>smorrissey@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>401 Union St., Suite 3000<br>Seattle, WA 98101-3000<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883 | |
| AMY GREGORY (*Admitted Pro Hac Vice*)<br>agregory@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>One Manhattan West, 50th Floor<br>New York, New York 100001<br>Telephone: (212) 336-8330 | BRITTNEY A DIMON<br>bdimond@fenwick.com<br>JANIE YOO-SCOTT<br>jyooscott@fenwick.com<br>HATTIE PHELPS<br>hphelps@fenwick.com<br>FENWICK & WEST LLP<br>1155 F Street NW, 12th Floor<br>Washington, DC 20004<br>Telephone: (202) 970-3000 |
| RACHEL SCHALLER (*Admitted Pro Hac Vice*)<br>DANIEL SAEEDI (*Admitted Pro Hac Vice*)<br>rachel.schaller@blankrome.com<br>daniel.saeedi@blankrome.com<br>BLANK ROME LLP<br>444 West Lake Street, Suite 1650<br>Chicago, Illinois 60606<br>Telephone: (312) 776-2600<br><br>*Attorneys for Defendant CDK Global, LLC* | MICHAEL E. HAMBURGER<br>mhamburger@fbtgibbons.com<br>One Pennsylvania Plaza, Suite 4515<br>New York, New York 10119<br>Telephone: (212) 613-2000<br><br>*Attorneys for Tekion Corp.* |

JENNIFER ELLEN PARSIGIAN
jparsigian@winston.com
BETHANY AO
bao@winston.com
JADE BRIANA BAKER
jbbaker@windston.com
JOSHUA HAFENBRACK
jhafenbrack@winston.com
SYDNEY HARTMAN
shartman@winston.com
WINSTON & STRAWN, LLP
101 California St, 21st Floor
San Francisco, California 94111
Telephone: (415) 591-1400

*Attorneys for InDesign Data, LLC*