**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

TEKION CORP., a Delaware corporation

*Plaintiff*,

vs.

CDK GLOBAL, LLC, a Delaware limited liability company

*Defendant.*

Case No. 3:24-cv-08879-JSC

**DECLARATION OF VINEET BHATIA IN SUPPORT OF DEFENDANT CDK GLOBAL, LLC'S OPPOSITION TO TEKION'S SUPPLEMENTAL 56(d) DECLARATION**

I, Vineet Bhatia, declare as follows:

1. I am a partner at Susman Godfrey, LLP, admitted to practice law in the States of Texas and New York, and *pro hac vice* for Defendant CDK Global, LLC ("CDK") in this action. I make this declaration of my own personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of CDK's Opposition to Tekion's Supplemental 56(d) Declaration. I am lead counsel for CDK in this action and am familiar with the documents that CDK has produced in this matter and the deposition discovery in this case.

3. In this action, Plaintiff Tekion Corp. ("Tekion") requested that CDK produce revenue data for CDK DMS products. To comply with this request, CDK produced, among other things, monthly management reports that were kept in the ordinary course of business. These monthly management reports were called CDK Monthly Operating Reviews ("MORs"). CDK has produced to Tekion every CDK MOR from August 2022 to June 2026. It is my understanding that the August 2022 MOR is the first time this form of management report was generated by CDK. CDK also produced a "Foundations Suite Roll-Up," which has CDK's DMS billings and revenue on a monthly basis for the period July 2020 to January 2026.

4. The earliest production of MORs was on January 13, 2026.

5. By April 24, 2026, when CDK filed its Motion for Partial Summary Judgment, CDK had produced every MOR from August 2022 to October 2025. CDK had also produced the Foundations Suite Roll-Up by the time the summary judgment motion was filed. CDK thereafter produced supplemental productions with the most recent MORs on May 14, 2026, and May 29, 2026, and—for the May and June 2026 MORs—August 7, 2026.

6. CDK has likewise produced to Tekion every CDK Weekly Executive Leadership Team ("ELT") Scorecard it has located from August 16, 2024, to April 24, 2026—more than seventy in total. All such ELT Scorecards from 2024 and 2025 were produced by February 17, 2026. The 2026 ELT Scorecards were produced on May 14, 2026. The MORs and ELTs contain comprehensive commercial and financial information about the performance of CDK's businesses, including its DMS business.

7. Despite having this information before deposition discovery commenced, Tekion has not marked either an ELT Scorecard, a MOR, or the Foundations Suite Roll-up as an exhibit at any deposition in this matter.

8. To my knowledge, Tekion has never asked a single witness in this matter any questions regarding the financial information and DMS revenue contained in the ELTs, the MORs or the Foundations Suite Roll-Up.

9. Tekion has not raised any questions informally with CDK's counsel regarding the ELTs and MORs. Tekion's counsel did ask me whether the Foundations Suite Roll-Up contained revenue data for CDK's legacy DMS products, like Drive, and I told counsel that it did.

10. In the week after CDK filed its motion for summary judgment, I met and conferred with counsel for Tekion, including Erica Sutter and Tyler Newby. I affirmatively offered that we could find dates for Tekion to depose CDK's expert, Dr. Timothy Snail, and the CDK employees who submitted declarations in support of CDK's motion for summary judgment *before* Tekion's opposition to the summary judgment motion was due. One of the CDK employees was Mr. Michael Wellington, who discussed the MORs and ELTs in his declaration. Tekion declined that invitation.

11. On June 17, 2026, at the Court's request, counsel for CDK and Tekion held a meet and confer in person at the courthouse during the hearing on Tekion's motion to compel. During that meet and confer, I offered to provide Tekion with monthly billing revenue for all CDK DMS products for the period 2021 to the present for the U.S. franchise DMS market. This DMS billing revenue was more precise than the information maintained in the ordinary course of business because it would be limited to the franchise dealer rooftops in the U.S. market. As an example, revenue from "independent" (i.e., used car) dealers would be excluded from these billing revenues. I told Tekion's counsel that the billing revenue would include revenue for document management software, but it would not include revenue for printers, printer paper and toner.

12. Tekion, however, did not want that monthly revenue information, and declined CDK's proposal. Instead, Tekion insisted on a one-time "snapshot" of product-by-product revenue at the rooftop level. CDK was willing to provide Tekion with the snapshot data for DMS products, but Tekion insisted that CDK include products that were not in the DMS market, including CRM and revenue from printers, printer paper and toner.

13. During the meet and confer, Vaibhav Srikaran, one of the three Tekion lawyers who participated in the meet and confer, specifically asked whether CDK was willing to produce revenue information for printers and printer consumables (toner and paper). I told Mr. Srikaran (and Mr. Newby and Ms. Sutter) that CDK was not willing to produce revenue for those products because they were not identified as DMS products in Tekion's interrogatory answers or referenced in the complaint. Specifically, I told them that CDK was not producing revenue for printers and printer consumables because there was no way to determine what non-CDK dealers were paying for printers or printer consumables purchased from other sources, so any revenue calculation would not be reliable and would overstate CDK's revenue share.

14. During the resumed hearing before the Court, I reiterated that CDK would produce revenue information for CDK's DMS products but would not produce revenue data for printers, as reflected in the June 17, 2026, transcript.

15. On July 2, 2026, CDK produced the revenue snapshot data. That snapshot data includes monthly recurring revenue for CDK's DMS products (Foundations Suite, Fundamentals

Suite, and CDK Drive and Drive Flex). The snapshot data also includes document management revenue, but it does not include revenue for printers or printer consumables.

16. On July 20, 2026, counsel for Tekion Vaibhav Srikaran responded via email to CDK's counsel with certain questions regarding the snapshot data produced on July 2.

17. On July 21, 2026, counsel for CDK Eve Levin responded via email answering Mr. Srikaran's questions.

18. On August 5, 2026, counsel for Tekion Vaibhav Srikaran responded via email to Ms. Levin's email.

19. Between the June 17, 2026, hearing, and Tekion's filing of its supplemental declaration, I met and conferred at least twice with Tekion counsel. During those discussions, Tekion's counsel indicated that Tekion did not intend to file a supplemental opposition to CDK's summary judgment motion on the merits, as the Court had contemplated at the hearing, but instead intended to file a supplemental 56(d) declaration. Tekion did not identify the bases for the supplemental 56(d) declaration, even when asked.

20. Attached hereto as **Exhibit 1** is the Declaration of Timothy S. Snail, Ph.D. in Support of Defendant CDK Global, LLC's Opposition to Plaintiff Tekion Corp.'s Supplemental 56(d) Declaration.

21. Attached hereto as **Exhibit 2** is a true and correct copy of the Second Declaration of Michael Wellington.

22. Attached hereto as **Exhibit 3** is a true and correct copy of an email chain dated August 10, 2026, between me and counsel for Tekion Corp. Erica Sutter and Tyler Newby.

23. Attached hereto as **Exhibit 4** is a true and correct copy of the August 14, 2026, deposition in the above-captioned matter of Nicholaas Kramer as corporate representative of McKinsey & Company.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Houston, Texas
Dated: August 18, 2026

*/s/Vineet Bhatia*
Vineet Bhatia