Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 415.281.1350

*Attorney for Plaintiff Tekion Corp.*

*Additional Counsel Listed on Signature Page*

Matthew Huppert (*pro hac vice*)
matthew.huppert@winstontaylor.com
WINSTON TAYLOR LLP
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5017

*Attorney for InDesign Data, LLC*

*Additional Counsel Listed on Signature Page*

Vineet Bhatia (*pro hac vice*)
vbhatia@susmangodfrey.com
Shawn Raymond (*pro hac vice*)
sraymond@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: 713.651.9366
Facsimile: 713.654.6666

*Attorneys for CDK Global, LLC*

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TEKION CORP.,<br>Plaintiff,<br>v.<br>CDK GLOBAL, LLC,<br>Defendant. | Case No.: 3:24-cv-08879-JSC |
| CDK GLOBAL, LLC,<br>Plaintiff,<br>v.<br>TEKION CORP. and INDESIGN DATA, LLC,<br>Defendants. | Case No.: 3:25-cv-01394-JSC<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING PRODUCTION OF CERTAIN MATERIALS WITHOUT WAIVER OF PRIVILEGE OR WORK-PRODUCT PROTECTION** |



FENWICK & WEST LLP

Tekion Corp. ("Tekion"), CDK Global, LLC ("CDK"), and InDesign Data, LLC ("InDesign," and together with Tekion and CDK, the "Parties") hereby agree and stipulate, and respectfully request that the Court order as follows in the above-captioned related actions, Case Nos. 3:24-cv-08879-JSC and 3:25-cv-01394-JSC (together, the "Related Actions"):

WHEREAS, Tekion has identified or withheld from production certain documents and information (the "Relevant Documents") on the ground that the Relevant Documents are protected from disclosure by the work-product doctrine;

WHEREAS, CDK disputes Tekion's assertion that the Relevant Documents are protected from disclosure by the work-product doctrine and contends that the Relevant Documents are discoverable;

WHEREAS, to avoid motion practice concerning the Relevant Documents, the Parties have agreed that Tekion will produce the Relevant Documents on the terms set forth below, without effecting any waiver of the work-product doctrine or the attorney-client privilege as to any other materials;

WHEREAS, the Parties enter into this Stipulation pursuant to Federal Rule of Evidence 502(d);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned Parties, who respectfully request that the Court so order, as follows:

(a) **Production of the Relevant Documents.** Within five (5) days of entry of this Order, or on such other date as the Parties may agree in writing, Tekion shall produce to CDK, without redactions, the documents bearing Bates numbers TEKION00021824, TEKION01145245, TEKION01364392, TEKION01364393, TEKION01364394, TEKION01364395, TEKION01364396, TEKION01364397, TEKION01729809, TEKION01729843, and TEKION01730941.

(b) **No Waiver.** Tekion's production of the Relevant Documents pursuant to this Stipulation shall not constitute, and shall not be argued, asserted, or deemed to constitute, a waiver or forfeiture—in whole or in part, and including any subject-matter waiver under Federal Rule of Evidence 502(a)—of the work-product

FENWICK & WEST LLP

doctrine, the attorney-client privilege, or any other applicable privilege or protection, as to any other document, communication, testimony, information, or subject matter, including any document, communication, testimony, or information concerning the same or a related subject matter as the Relevant Documents. This non-waiver applies, without limitation, to any document withheld or identified on Tekion's privilege log(s) in the Related Actions, whether or not produced, and to any other Tekion document in the Related Actions. For the avoidance of doubt, nothing in this Stipulation shall be deemed a waiver of any available attorney-client or work-product privilege or protection as to any document, communication, testimony, or information other than the Relevant Documents themselves.

(c) **No Concession.** Tekion's production of the Relevant Documents is made without prejudice to, and shall not be construed as a concession regarding, Tekion's position that the Relevant Documents are protected from disclosure.

(d) **Effect Under Federal Rule of Evidence 502(d).** Pursuant to Federal Rule of Evidence 502(d), the privileges and protections addressed herein are not waived by the disclosure of the Relevant Documents in connection with the Related Actions, and such privileges and protections are likewise not waived in any other federal or state proceeding.

(e) **No Other Effect.** Nothing in this Stipulation relieves any Party of its obligations under the Stipulated Protective Order or the Stipulated Orders Regarding Discovery of Electronically Stored Information entered in the Related Actions, or otherwise modifies the treatment of any documents or information other than the Relevant Documents.

Dated: August 28, 2026

FENWICK & WEST LLP

By: */s/ Erica R. Sutter*
Tyler G. Newby (CSB No. 205790)
**FENWICK & WEST LLP**

FENWICK & WEST LLP

One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 415.281.1350
tnewby@fenwick.com

Adam Gahtan (*pro hac vice*)
Kevin X. McGann (*pro hac vice*)
Noah D. Solowiejczyk (*pro hac vice*)
Erica R. Sutter (CSB No. 309182)
**FENWICK & WEST LLP**
902 Broadway, Floor 18
New York, NY 10010-6035
Telephone: 212.430.2600
agahtan@fenwick.com
kmcgann@fenwick.com
nsolowiejczyk@fenwick.com
esutter@fenwick.com

Brittney Dimond (*pro hac vice*)
**FENWICK & WEST LLP**
1155 F St NW, 12th Floor
Washington, DC 20004
Telephone: 202.970.3000
bdimond@fenwick.com

*Attorneys for Plaintiff Tekion Corp.*

Dated: August 28, 2026

WINSTON TAYLOR LLP

By: /s/ Matthew Huppert

Matthew Huppert (*pro hac vice*)
matthew.huppert@winstontaylor.com
Benjamin Rudofsky (*pro hac vice*)
ben.rudofsky@winstontaylor.com
Sydney Hartman (*pro hac vice*)
sydney.hartman@winstontaylor.com
Molly Rose Gibson (*pro hac vice*)
molly.gibson@winstontaylor.com
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5017

Jeanifer E. Parsigian (SBN: 289001)
jeanifer.parsigian@winstontaylor.com
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Emilie Caroline Castro-Schwarz (*pro hac vice*)
emilie.castroschwarz@winstontaylor.com
**WINSTON TAYLOR LLP**
200 Park Avenue, New York, NY 10166
Telephone: (212) 294-1708
Facsimile: (212) 294-4700

Jessie Fann Wu (SBN: 366163)
jessie.wu@winstontaylor.com
**WINSTON TAYLOR LLP**
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Joshua Hafenbrack (*pro hac vice*)
jhafenbrack@hafenbracklaw.com
**HAFENBRACK LAW**
1818 18th Street NW, Suite 810
Washington, DC 20006
Telephone: 202-603-0857

*Attorneys for InDesign Data, LLC*

Dated: August 28, 2026

SUSMAN GODFREY L.L.P.

By: */s/ Vineet Bhatia*

Vineet Bhatia (*pro hac vice*)
vbhatia@susmangodfrey.com
Shawn Raymond (*pro hac vice*)
sraymond@susmangodfrey.com
Robert Safi (*pro hac vice*)
rsafi@susmangodfrey.com
Daniel Wilson (*pro hac vice*)
dwilson@susmangodfrey.com
Meredith R. Harrison (*pro hac vice*)
mharrison@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Jesse-Justin Cuevas (SBN: 307611)
jcuevas@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

FENWICK & WEST LLP

Amy B. Gregory (*pro hac vice*)
agregory@susmangodfrey.com
Eve Levin (*pro hac vice*)
elevin@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Stephen Edward Morrissey (SBN: 187865)
smorrissey@susmangodfrey.com
**SUSMAN GODFREY L.L.P**
401 Union Street, Ste 3000
Seattle, WA 98101
Telephone: (206) 373-7380

Rachel L. Schaller (*pro hac vice*)
rachel.schaller@blankrome.com
Daniel R. Saeedi (*pro hac vice*)
daniel.saeedi@blankrome.com
**BLANK ROME LLP**
444 West Lake Street, Suite 1650
Chicago, IL 60606
Telephone: (312) 776-2600
Facsimile: (312) 776-2601

*Attorneys for CDK Global, LLC*

**~~[PROPOSED]~~ ORDER**

Having considered the Parties' Joint Stipulation Regarding Production of Certain Materials Without Waiver of Privilege or Work-Product Protection, IT IS HEREBY ORDERED that Tekion shall produce the Relevant Documents to CDK on the terms set forth in the Stipulation. Pursuant to Federal Rule of Evidence 502(d), the production of the Relevant Documents shall not effect a waiver of the work-product doctrine, the attorney-client privilege, or any other applicable privilege or protection—including any subject-matter waiver under Federal Rule of Evidence 502(a)—in the Related Actions or in any other federal or state proceeding.

**IT IS SO ORDERED**.

Dated: August 28, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge

FENWICK & WEST LLP