TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 415.281.1350

ADAM GAHTAN (*pro hac vice*)
agahtan@fenwick.com
KEVIN X. MCGANN (*pro hac vice*)
kmcgann@fenwick.com
NOAH SOLOWIEJCZYK (*pro hac vice*)
nsolowiejczyk@fenwick.com
ERICA R. SUTTER (CSB No. 309182)
esutter@fenwick.com
FENWICK & WEST LLP
902 Broadway, Floor 18
New York, NY 10010-6035
Telephone: 212.430.2600

*Attorneys for Plaintiff Tekion Corp.*

*Additional Counsel Listed on Signature Page*

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEKION CORP., Plaintiff, v. CDK GLOBAL, LLC, Defendant. | Case No.: 3:24-cv-08879-JSC<br>**PLAINTIFF TEKION CORP.'S NOTICE OF CORRECTED FILING**<br>Judge: Hon. Jacqueline Scott Corley |

FENWICK & WEST LLP
ATTORNEYS AT LAW

**NOTICE OF CORRECTED FILING**

Tekion Corp. ("Tekion") respectfully submits this Notice of a Corrected Filing of its Opposition to Defendant CDK Global, LLC's Motion to Exclude the Opinion of Loren K. Smith ("Opposition"), which was filed on July 7, 2026 at Docket No. 168. In preparing for the upcoming October 22, 2026 hearing, Tekion determined that certain citations in its Opposition, principally citations to paragraphs of Dr. Smith's declaration (Dkt. 168-2, Ex. A), were inadvertently misnumbered. In addition, the description of the diversion analysis on page 12 inadvertently transposed two numbers from Dr. Smith's underlying calculations; the result, however, is correct and consistent with Dr. Smith's declaration and was included in the Opposition. Tekion nevertheless seeks to correct the issue. Accordingly, Tekion is filing a corrected Opposition that corrects these mistakes and makes no other changes.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Erica R. Sutter*

Tyler G. Newby (CSB No. 205790)
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 415.281.1350
tnewby@fenwick.com

Adam Gahtan (*pro hac vice*)
Kevin X. McGann (*pro hac vice*)
Noah Solowiejczyk (*pro hac vice*)
Erica R. Sutter (CSB No. 309182)
**FENWICK & WEST LLP**
902 Broadway, Floor 18
New York, NY 10010-6035
Telephone: 212.430.2600
agahtan@fenwick.com
kmcgann@fenwick.com
nsolowiejczyk@fenwick.com
esutter@fenwick.com

*Attorneys for Plaintiff*
*Tekion Corp.*

FENWICK & WEST LLP
ATTORNEYS AT LAW

# CERTIFICATE OF SERVICE

I, Erica R. Sutter, hereby certify that on October 13, 2026, I caused the foregoing to be served electronically via email on the following parties:

VINEET BHATIA (*pro hac vice*)
vbhatia@susmangodfrey.com
SHAWN RAYMOND (*pro hac vice*)
sraymond@susmangodfrey.com
ROBERT SAFI (*pro hac vice*)
rsafi@susmangodfrey.com
DANIEL WILSON *(pro hac vice)*
dwilson@susmangodfrey.com
MEREDITH R. HARRISON *(pro hac vice)*
mharrison@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

JESSE-JUSTIN CUEVAS (SBN: 307611)
jcuevas@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

AMY B. GREGORY (*pro hac vice*)
agregory@susmangodfrey.com
EVE LEVIN (*pro hac vice*)
elevin@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

STEPHEN EDWARD MORRISSEY (SBN: 187865)
smorrissey@susmangodfrey.com
**SUSMAN GODFREY L.L.P**
401 Union Street, Ste 3000
Seattle, WA 98101
Telephone: (206) 373-7380

RACHEL L. SCHALLER (*pro hac vice*)
rachel.schaller@blankrome.com
DANIEL R. SAEEDI (*pro hac vice*)
daniel.saeedi@blankrome.com
**BLANK ROME LLP**
444 West Lake Street, Suite 1650

MATTHEW HUPPERT (*pro hac vice*)
Matthew.huppert@winstontaylor.com
BENJAMIN RUDOFSKY (*pro hac vice*)
Ben.rudofsky@winstontaylor.com
SYDNEY HARTMAN (*pro hac vice*)
Sydney.hartman@winstontaylor.com
MOLLY ROSE GIBSON (*pro hac vice*)
Molly.gibson@winstontaylor.com
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC 20036-3506
Telephone: (202) 282-5017

JEANIFER E. PARSIGIAN (SBN: 289001)
Jeanifer.parsigian@winstontaylor.com
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

EMILIE CAROLINE CASTRO-SCHWARZ
*(pro hac vice)*
Emilie.castroschwarz@winstontaylor.com
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-1708
Facsimile: (212) 294-4700

JESSIE F. WU (SBN: 366163)
Jessie.Wu@winstontaylor.com
**WINSTON TAYLOR LLP**
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

JOSHUA HAFENBRACK (*pro hac vice*)
jhafenbrack@hafenbracklaw.com
**HAFENBRACK LAW**
1818 18th Street NW, Suite 810
Washington, DC 20006
Telephone: 202-603-0857

*Attorneys for InDesign Data, LLC*

Chicago, IL 60606
Telephone: (312) 776-2600
Facsimile: (312) 776-2601

*Attorneys for CDK Global, LLC*

Date: October 13, 2026

*/s/ Erica R. Sutter*
Erica R. Sutter